| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>WARDLAW, KIM M. | 2. Court or Organization<br><br>NINTH CIRCUIT COURT OF APPEALS | 3. Date of Report<br><br>6/28/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. CIRCUIT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>U.S. COURT OF APPEALS<br>125 S. GRAND AVENUE<br>PASADENA, CA 91105 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Board member | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| 2.   Board member | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 6/28/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions )*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Univ. of Notre Dame The Law School Law Review | 3/18/09-3/21/09 | Notre Dame, Indiana | Law Review Discussion | Transportation |
| 2. | Univ. of California, Davis School of Law | 4/17/09-4/18/09 | Davis, CA | Moot Court Competition | Transportation |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 6/28/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 6/28/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  IRA | | | | | | | | | |
| 2.  ABBOTT LABORATORIES | A | Dividend | | | Sold<br>(part) | 05/15/09 | J | A | |
| 3.  ABBOTT LABORATORIES | | | | | Sold | 05/18/09 | J | A | |
| 4.  ADOBE SYSTEMS INC | | None | J | T | BUY | 10/14/09 | J | | |
| 5.  ADOBE SYSTEMS INC | | | | | BUY | 10/30/09 | J | | |
| 6.  AETNA INC | | None | | | BUY | 09/16/09 | J | | |
| 7.  AETNA INC | | | | | BUY | 09/17/09 | J | | |
| 8.  AETNA INC | | | | | Sold<br>(part) | 05/19/09 | J | A | |
| 9.  AETNA INC | | | | | Sold<br>(part) | 10/08/09 | J | A | |
| 10.  AETNA INC | | | | | Sold<br>(part) | 10/15/09 | J | A | |
| 11.  AETNA INC | | | | | Sold | 10/20/09 | J | A | |
| 12.  AFLAC | | None | | | Sold | 01/22/09 | J | A | |
| 13.  AGILENT TECHNOLOGIES | | None | K | T | | | | | |
| 14.  AIR PRODUCTS & CHEMICALS INC | A | Dividend | K | T | | | | | |
| 15.  ALBERTO CULVER CO | A | Dividend | J | T | BUY | 09/16/09 | J | | |
| 16.  ALBERTO CULVER CO | | | | | BUY | 09/18/09 | J | | |
| 17.  ALBERTO CULVER CO | | | | | BUY | 09/23/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 6/28/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ALBERTO CULVER CO | | | | | BUY | 10/01/09 | J | | |
| 19. ALBERTO CULVER CO | | | | | BUY | 11/16/09 | J | | |
| 20. ALLEGENY TECHNOLOGIES INC | A | Dividend | K | T | BUY | 01/07/09 | J | | |
| 21. ALLEGENY TECHNOLOGIES INC | | | | | BUY | 01/08/09 | J | | |
| 22. ALLERGAN INC | A | Dividend | K | T | Sold (part) | 06/03/09 | J | A | |
| 23. ALLSTATE CORP | A | Dividend | J | T | BUY | 05/20/09 | J | | |
| 24. ALLSTATE CORP | | | | | BUY | 05/21/09 | J | | |
| 25. ALLSTATE CORP | | | | | BUY | 05/22/09 | J | | |
| 26. AMERICAN MEDICAL SYS HLDGS | | None | J | T | Sold (part) | 02/05/09 | J | A | |
| 27. AMERICAN MEDICAL SYS HLDGS | | | | | Sold (part) | 02/09/09 | J | A | |
| 28. AMERICAN MEDICAL SYS HLDGS | | | | | Sold (part) | 02/12/09 | J | A | |
| 29. AMERICAN TOWER CORP CL A | | None | J | T | | | | | |
| 30. AMERICAN WATER WORKS | A | Dividend | K | T | BUY | 08/13/09 | K | | |
| 31. AMERICAN WATER WORKS | | | | | BUY | 08/14/09 | J | | |
| 32. AMERICAN WATER WORKS | | | | | BUY | 08/24/09 | J | | |
| 33. AT&T INC | A | Dividend | J | T | Sold (part) | 09/16/09 | J | A | |
| 34. AT&T INC | | | | | Sold (part) | 11/20/09 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 6/28/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. AT&T INC | | | | | Sold (part) | 11/23/09 | J | A | |
| 36. BAE SYSTEMS PLC SPON ADR | A | Dividend | J | T | BUY | 12/03/09 | J | | |
| 37. BAKER HUGHES INC | A | Dividend | | | Sold | 05/18/09 | J | A | |
| 38. BANK OF NEW YORK MELLON CORP | A | Dividend | J | T | BUY | 06/17/09 | J | | |
| 39. BARRICK GOLD CORP US$ | A | Dividend | K | T | | | | | |
| 40. BAXTER INTERNATIONAL INC | A | Dividend | K | T | | | | | |
| 41. BERKSHIRE HATHAWAY INC CL B | | None | J | T | BUY | 03/04/09 | J | | |
| 42. BEST BUY INC | A | Dividend | J | T | | | | | |
| 43. BIOGEN IDEC INC | | None | | | BUY | 02/04/09 | J | | |
| 44. BIOGEN IDEC INC | | | | | BUY | 02/05/09 | J | | |
| 45. BIOGEN IDEC INC | | | | | BUY | 02/09/09 | J | | |
| 46. BIOGEN IDEC INC | | | | | BUY | 08/10/09 | J | | |
| 47. BIOGEN IDEC INC | | | | | Sold (part) | 11/03/09 | J | A | |
| 48. BIOGEN IDEC INC | | | | | Sold (part) | 11/05/09 | J | A | |
| 49. BIOGEN IDEC INC | | | | | Sold | 11/06/09 | J | A | |
| 50. BOEING CO | A | Dividend | J | T | BUY | 11/02/09 | J | | |
| 51. BOEING CO | | | | | BUY | 11/19/09 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
    (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
    (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
    (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 6/28/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. BOEING CO | | | | | Sold (part) | 03/04/09 | J | A | |
| 53. BOEING CO | | | | | Sold (part) | 06/23/09 | J | A | |
| 54. BROADCOM CORP | | None | J | T | BUY | 02/19/09 | J | | |
| 55. BROCADE COMMUNICATIONS SYS INC | | None | J | T | BUY | 01/07/09 | J | | |
| 56. BROCADE COMMUNICATIONS SYS INC | | | | | BUY | 01/08/09 | J | | |
| 57. BROCADE COMMUNICATIONS SYS INC | | | | | BUY | 01/09/09 | J | | |
| 58. CAMECO CORP US$ | A | Dividend | K | T | BUY | 01/29/09 | J | | |
| 59. CAMECO CORP US$ | | | | | BUY | 04/28/09 | J | | |
| 60. CAMECO CORP US$ | | | | | BUY | 05/04/09 | J | | |
| 61. CAMPBELL SOUP CO | A | Dividend | | | Sold (part) | 01/13/09 | J | A | |
| 62. CAMPBELL SOUP CO | | | | | Sold | 05/19/09 | J | A | |
| 63. CANADIAN NATURAL RESOURCES LTD US$ | A | Dividend | J | T | | | | | |
| 64. CANON INC ADR | A | Dividend | J | T | | | | | |
| 65. CARDINAL HEALTH INC | A | Dividend | | | Sold (part) | 08/03/09 | J | A | |
| 66. CARDINAL HEALTH INC | | | | | Sold | 08/04/09 | J | A | |
| 67. CARNIVAL CORP COMMON PAIRED STOCK | | None | J | T | Sold (part) | 05/19/09 | J | A | |
| 68. CARNIVAL CORP COMMON PAIRED STOCK | | | | | Sold (part) | 05/20/09 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 6/28/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. CELGENE CORP | | None | K | T | BUY | 01/08/09 | J | | |
| 70. CELGENE CORP | | | | | BUY | 01/13/09 | J | | |
| 71. CERNER CORP | | None | K | T | Sold (part) | 10/21/09 | J | C | |
| 72. CHEVRON CORP | A | Dividend | J | T | BUY | 02/12/09 | J | | |
| 73. CHEVRON CORP | | | | | BUY | 09/17/09 | J | | |
| 74. CISCO SYSTEMS INC | | None | K | T | | | | | |
| 75. COCA-COLA CO | A | Dividend | J | T | | | | | |
| 76. COLGATE-PALMOLIVE CO | A | Dividend | J | T | BUY | 08/05/09 | J | | |
| 77. COMCAST CORP CL A | A | Dividend | J | T | Sold (part) | 08/04/09 | J | A | |
| 78. COMCAST CORP CL A | | | | | Sold (part) | 08/05/09 | J | A | |
| 79. COMCAST CORP CL A | | | | | Sold (part) | 08/06/09 | J | A | |
| 80. COMCAST CORP CL A | | | | | Sold (part) | 08/07/09 | J | A | |
| 81. COMCAST CORP CL A | | | | | Sold (part) | 08/10/09 | J | A | |
| 82. COMCAST CORP CL A | | | | | Sold (part) | 08/12/09 | J | A | |
| 83. CONOCOPHILLIPS | A | Dividend | | | Sold | 04/20/09 | J | A | |
| 84. COSTCO WHOLESALE CORP | A | Dividend | J | T | | | | | |
| 85. DANAHER CORP | A | Dividend | K | T | BUY | 10/14/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 6/28/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. DAVITA INC | | None | K | T | | | | | |
| 87. DELL INC | | None | | | Sold | 01/09/09 | J | A | |
| 88. DELTA PETROLEUM CORP | | None | | | Sold (part) | 01/09/09 | J | A | |
| 89. DELTA PETROLEUM CORP | | | | | Sold (part) | 03/10/09 | J | A | |
| 90. DELTA PETROLEUM CORP | | | | | Sold | 03/12/09 | J | A | |
| 91. DIAMOND OFFSHORE DRILLING INC | A | Dividend | J | T | BUY | 09/22/09 | J | | |
| 92. DISCOVERY COMMUNICATIONS INC CL A | | None | J | T | BUY | 05/20/09 | J | | |
| 93. EAST WEST BANCORP INC | A | Dividend | | | Sold | 03/10/09 | J | A | |
| 94. EBAY INC | | None | J | T | Sold (part) | 10/05/09 | J | A | |
| 95. ECOLAB INC | A | Dividend | J | T | | | | | |
| 96. EDISON INTERNATIONAL | A | Dividend | J | T | BUY | 01/16/09 | J | | |
| 97. EDISON INTERNATIONAL | | | | | BUY | 01/20/09 | J | | |
| 98. EMERSON ELECTRIC CO | A | Dividend | K | T | | | | | |
| 99. ENERGIZER HOLDINGS INC | | None | J | T | | | | | |
| 100. EOG RESOURCES INC | A | Dividend | J | T | BUY | 08/12/09 | J | | |
| 101. EXELIXIS INC | | None | | | Sold (part) | 03/06/09 | J | A | |
| 102. EXELIXIS INC | | | | | Sold | 03/09/09 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | F =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 6/28/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. EXXON MOBIL CORP | A | Dividend | J | T | Sold (part) | 06/12/09 | J | A | |
| 104. FEDEX CORP | A | Dividend | J | T | BUY | 06/03/09 | J | | |
| 105. FIRST SOLAR INC | | None | J | T | BUY | 02/26/09 | J | | |
| 106. FIRST SOLAR INC | | | | | BUY | 11/14/09 | J | | |
| 107. FIRST SOLAR INC | | | | | Sold (part) | 05/26/09 | J | B | |
| 108. FLUOR CORP | A | Dividend | J | T | Sold (part) | 11/05/09 | J | C | |
| 109. GENENTECH INC | | None | | | Sold (part) | 02/03/09 | J | A | |
| 110. GENENTECH INC | | | | | Sold (part) | 02/13/09 | J | A | |
| 111. GENENTECH INC | | | | | Sold | 02/19/09 | J | B | |
| 112. GENERAL ELECTRIC CO | B | Dividend | K | T | Sold (part) | 05/20/09 | J | A | |
| 113. GENERAL MILLS INC | A | Dividend | K | T | BUY | 04/17/09 | J | | |
| 114. GENERAL MILLS INC | | | | | BUY | 11/19/09 | J | | |
| 115. GENERAL MILLS INC | | | | | BUY | 11/20/09 | J | | |
| 116. GENPACT LTD | | None | J | T | | | | | |
| 117. GOLDMAN SACHS FINANCIAL SQUARE TREASURY | A | Dividend | K | T | BUY | 04/14/09 | J | | |
| 118. GOLDMAN SACHS FINANCIAL SQUARE TREASURY | | | | | Sold (part) | 10/22/09 | J | A | |
| 119. GOLDMAN SACHS GROUP INC | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 6/28/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. GOOGLE INC CL A | | None | K | T | | | | | |
| 121. HANESBRANDS INC | | None | J | T | | | | | |
| 122. HEINEKEN NV ADR | A | Dividend | | | Sold (part) | 08/28/09 | J | A | |
| 123. HEINEKEN NV ADR | | | | | Sold (part) | 08/31/09 | J | A | |
| 124. HEINEKEN NV ADR | | | | | Sold (part) | 09/01/09 | J | A | |
| 125. HEINEKEN NV ADR | | | | | Sold | 09/02/09 | J | A | |
| 126. HEWLETT-PACKARD CO | A | Dividend | J | T | | | | | |
| 127. HUDSON CITY BANCORP INC | A | Dividend | J | T | Sold (part) | 05/05/09 | J | A | |
| 128. ILLINOIS TOOL WORKS INC | A | Dividend | K | T | | | | | |
| 129. INTEL CORP | | None | | | Sold | 01/22/09 | J | A | |
| 130. INTERNATIONAL BUSINESS MACHINES CORP | A | Dividend | K | T | BUY | 03/31/09 | J | | |
| 131. IRON MOUNTAIN INC | | None | K | T | BUY | 11/19/09 | J | | |
| 132. JABIL CIRCUIT INC | A | Dividend | | | Sold (part) | 01/15/09 | J | A | |
| 133. JABIL CIRCUIT INC | | | | | Sold (part) | 01/16/09 | J | A | |
| 134. JABIL CIRCUIT INC | | | | | Sold (part) | 03/10/09 | J | A | |
| 135. JABIL CIRCUIT INC | | | | | Sold (part) | 03/11/09 | J | A | |
| 136. JABIL CIRCUIT INC | | | | | Sold | 03/12/09 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 6/28/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. JACOBS ENGR GROUP | | None | J | T | | | | | |
| 138. JOHNSON & JOHNSON | A | Dividend | K | T | BUY | 05/18/09 | J | | |
| 139. JOHNSON & JOHNSON | | | | | BUY | 05/19/09 | J | | |
| 140. JOHNSON CONTROLS INC | A | Dividend | | | Sold | 09/21/09 | J | A | |
| 141. JPMORGAN CHASE & CO | A | Dividend | K | T | | | | | |
| 142. JUNIPER NETWORKS INC | | None | J | T | BUY | 06/02/09 | J | | |
| 143. KIMBERLY-CLARK CORP | A | Dividend | | | Sold (part) | 05/19/09 | J | A | |
| 144. KIMBERLY-CLARK CORP | | | | | Sold | 05/21/09 | J | A | |
| 145. KINDER MORGAN MANAGEMENT LLC | | None | | | Sold (part) | 09/11/09 | J | B | |
| 146. KINDER MORGAN MANAGEMENT LLC | | | | | Sold (part) | 09/14/09 | J | B | |
| 147. KINDER MORGAN MANAGEMENT LLC | | | | | Sold | 09/15/09 | J | A | |
| 148. KRAFT FOODS INC CL A | A | Dividend | J | T | Sold (part) | 04/17/09 | J | A | |
| 149. KRAFT FOODS INC CL A | | | | | Sold (part) | 11/18/09 | J | A | |
| 150. KRAFT FOODS INC CL A | | | | | Sold (part) | 11/19/09 | J | A | |
| 151. LOOPNET INC | | None | J | T | | | | | |
| 152. LOWES COMPANIES INC | A | Dividend | K | T | BUY | 10/21/09 | J | | |
| 153. MARATHON OIL CORP COM | A | Dividend | J | T | Sold (part) | 02/04/09 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 6/28/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. MARATHON OIL CORP COM | | | | | Sold (part) | 02/12/09 | J | A | |
| 155. MAXIM INTEGRATED PRODS INC | A | Dividend | J | T | BUY | 01/27/09 | J | | |
| 156. MAXIM INTEGRATED PRODS INC | | | | | BUY | 01/28/09 | J | | |
| 157. MCDONALDS CORP | A | Dividend | J | T | Sold (part) | 01/28/09 | J | C | |
| 158. MCDONALDS CORP | | | | | Sold (part) | 06/17/09 | J | B | |
| 159. MEDTRONIC INC | A | Dividend | J | T | BUY | 03/13/09 | J | | |
| 160. MEDTRONIC INC | | | | | BUY | 04/20/09 | J | | |
| 161. MERCK & CO INC | A | Dividend | K | T | BUY | 05/19/09 | J | | |
| 162. MERCK & CO INC | | | | | BUY | 05/20/09 | J | | |
| 163. MERCK & CO INC | | | | | BUY | 06/03/09 | J | | |
| 164. MERCK & CO INC | | | | | BUY | 11/20/09 | J | | |
| 165. MERCURY GENERAL CORP | A | Dividend | | | Sold (part) | 11/25/09 | J | A | |
| 166. MERCURY GENERAL CORP | | | | | Sold | 11/30/09 | J | A | |
| 167. MICROCHIP TECHNOLOGY INC | A | Dividend | J | T | | | | | |
| 168. MICROSOFT CORP | A | Dividend | K | T | BUY | 06/24/09 | J | | |
| 169. MICROSOFT CORP | | | | | Sold (part) | 03/31/09 | J | A | |
| 170. MONSANTO CO COM | A | Dividend | J | T | BUY | 05/13/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 6/28/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. NATIONAL GRID PLC - SP ADR | | None | J | T | BUY | 11/23/09 | J | | |
| 172. NATIONAL INSTRUMENTS CORP | A | Dividend | J | T | | | | | |
| 173. NESTLE NAM SPON ADR | A | Dividend | J | T | | | | | |
| 174. NINTENDO CO LTD ADR UNSPON | A | Dividend | J | T | | | | | |
| 175. NOKIA CORP SPONSORED ADR | A | Dividend | J | T | | | | | |
| 176. NORDSTROM INC | A | Dividend | J | T | Sold (part) | 10/20/09 | J | A | |
| 177. NORDSTROM INC | | | | | Sold (part) | 10/21/09 | J | A | |
| 178. NORDSTROM INC | | | | | Sold (part) | 10/22/09 | J | A | |
| 179. NORDSTROM INC | | | | | Sold (part) | 10/27/09 | J | A | |
| 180. NORDSTROM INC | | | | | Sold (part) | 10/28/09 | J | A | |
| 181. NORFOLK SOUTHERN CORP | A | Dividend | J | T | BUY | 06/11/09 | J | | |
| 182. NUCOR CORP | A | Dividend | J | T | | | | | |
| 183. OMNICOM GROUP INC | A | Dividend | J | T | Sold (part) | 05/18/09 | J | A | |
| 184. OMNICOM GROUP INC | | | | | Sold (part) | 06/01/09 | J | A | |
| 185. PAYCHEX INC | A | Dividend | K | T | Sold (part) | 06/17/09 | J | A | |
| 186. PEPSICO INC | A | Dividend | K | T | BUY | 01/09/09 | J | | |
| 187. PEPSICO INC | | | | | BUY | 01/13/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 6/28/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. PHILIP MORRIS INTERNATIONAL INC | A | Dividend | J | T | BUY | 06/23/09 | J | | |
| 189. PINNACLE WEST CAPITAL CORP | | None | | | Sold | 01/20/09 | J | A | |
| 190. POLYCOM INC | | None | J | T | Sold<br>(part) | 10/02/09 | J | A | |
| 191. POTASH CORP OF SASKATCHEWAN<br>INC US$ | A | Dividend | J | T | | | | | |
| 192. PROCTER & GAMBLE CO | A | Dividend | K | T | BUY | 05/19/09 | J | | |
| 193. PROCTER & GAMBLE CO | | | | | BUY | 05/20/09 | J | | |
| 194. PROCTER & GAMBLE CO | | | | | BUY | 05/21/09 | J | | |
| 195. PROGRESSIVE CORP OHIO | | None | J | T | | | | | |
| 196. QUALCOMM INC | A | Dividend | K | T | BUY | 11/08/09 | J | | |
| 197. QUALCOMM INC | | | | | BUY | 11/19/09 | J | | |
| 198. RIO TINTO PLC ADR SPON | A | Dividend | J | T | | | | | |
| 199. SAP AG SPON ADR | A | Dividend | J | T | Sold<br>(part) | 11/19/09 | J | A | |
| 200. SARA LEE CORP | A | Dividend | | | Sold<br>(part) | 06/11/09 | J | A | |
| 201. SARA LEE CORP | | | | | Sold<br>(part) | 06/23/09 | J | A | |
| 202. SARA LEE CORP | | | | | Sold<br>(part) | 06/24/09 | J | A | |
| 203. SARA LEE CORP | | | | | Sold | 06/25/09 | J | A | |
| 204. SCHLUMBERGER LTD | A | Dividend | K | T | BUY | 10/19/09 | J | | |

| 1. Income Gain Codes: | A –$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q –Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U –Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 6/28/2010 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  SCHLUMBERGER LTD | | | | | BUY | 10/29/09 | J | | |
| 206.  SCHWAB CHARLES | A | Dividend | K | T | BUY | 05/18/09 | J | | |
| 207.  SCHWAB CHARLES | | | | | BUY | 05/19/09 | J | | |
| 208.  SCHWAB CHARLES | | | | | BUY | 09/18/09 | J | | |
| 209.  SCHWAB CHARLES | | | | | BUY | 09/21/09 | J | | |
| 210.  SCHWAB CHARLES | | | | | BUY | 10/28/09 | J | | |
| 211.  SHIRE PLC ADR | A | Dividend | K | T | BUY | 02/05/09 | J | | |
| 212.  SHIRE PLC ADR | | | | | BUY | 02/18/09 | J | | |
| 213.  SHIRE PLC ADR | | | | | BUY | 03/04/09 | J | | |
| 214.  SHIRE PLC ADR | | | | | BUY | 06/04/09 | J | | |
| 215.  SOUTHWEST AIRLINES CO | A | Dividend | | | Sold (part) | 11/05/09 | J | A | |
| 216.  SOUTHWEST AIRLINES CO | | | | | Sold | 11/06/09 | J | A | |
| 217.  SPECTRA ENERGY CORP | A | Dividend | J | T | | | | | |
| 218.  SSGA MONEY MARKET FUND | A | Dividend | K | T | Buy | 01/02/09 | J | | |
| 219.  SSGA MONEY MARKET FUND | | | | | Sold (part) | 12/08/09 | J | A | |
| 220.  SUNCOR ENERGY INC | A | Dividend | J | T | Buy | 08/03/09 | J | | |
| 221.  TARGET CORP | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 6/28/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. THE WALT DISNEY CO | A | Dividend | K | T | BUY | 02/26/09 | J | | |
| 223. TITANIUM METALS CORPORATION | | None | J | T | | | | | |
| 224. TRANSOCEAN LTD | | None | J | T | BUY | 05/20/09 | J | | |
| 225. TYCO ELECTRONICS LTD | A | Dividend | J | T | BUY | 05/27/09 | J | | |
| 226. TYCO ELECTRONICS LTD | | | | | BUY | 07/15/09 | J | | |
| 227. TYCO ELECTRONICS LTD | | | | | BUY | 07/16/09 | J | | |
| 228. UNILEVER NV NY SHRS | A | Dividend | J | T | | | | | |
| 229. UNION PACIFIC CORP | A | Dividend | K | T | BUY | 01/13/09 | J | | |
| 230. UNION PACIFIC CORP | | | | | Sold (part) | 06/11/09 | J | B | |
| 231. UNITED PARCEL SERVICE INC CL B | A | Dividend | J | T | Sold (part) | 05/19/09 | J | A | |
| 232. UNITEDHEALTH GROUP INC | | None | J | T | BUY | 09/03/09 | J | | |
| 233. UNITEDHEALTH GROUP INC | | | | | BUY | 11/03/09 | J | | |
| 234. UNITEDHEALTH GROUP INC | | | | | BUY | 11/04/09 | J | | |
| 235. UNITEDHEALTH GROUP INC | | | | | BUY | 11/05/09 | J | | |
| 236. UNITED TECHNOLOGIES CORP | A | Dividend | J | T | Sold (part) | 02/26/09 | J | A | |
| 237. UNITED TECHNOLOGIES CORP | | | | | Sold (part) | 02/27/09 | J | A | |
| 238. URBAN OUTFITTERS INC | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 6/28/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. VISA INC CL A | A | Dividend | J | T | BUY | 02/26/09 | J | | |
| 240. VISA INC CL A | | | | | BUY | 05/19/09 | J | | |
| 241. VISA INC CL A | | | | | BUY | 08/21/09 | J | | |
| 242. VULCAN MATERIALS CO | A | Dividend | J | T | BUY | 08/10/09 | J | | |
| 243. VULCAN MATERIALS CO | | | | | Sold (part) | 09/16/09 | J | A | |
| 244. WALGREEN CO | A | Dividend | J | T | | | | | |
| 245. WAL-MART STORES INC | | None | | | BUY | 05/20/09 | J | | |
| 246. WAL-MART STORES INC | | | | | Sold | 06/03/09 | J | A | |
| 247. WELLS FARGO & CO | | None | | | Sold (part) | 01/23/09 | J | A | |
| 248. WELLS FARGO & CO | | | | | Sold (part) | 01/30/09 | J | A | |
| 249. WELLS FARGO & CO | | | | | Sold | 02/02/09 | J | A | |
| 250. WILLIAMS COS INC | A | Dividend | | | Sold | 03/26/09 | J | A | |
| 251. ZYMOGENETICS INC | | None | | | Sold (part) | 03/06/09 | J | A | |
| 252. ZYMOGENETICS INC | | | | | Sold | 03/09/09 | J | A | |
| 253. TRUST # 1 | | | | | | | | | |
| 254. Citibank Money Market Act | A | Interest | K | T | | | | | |
| 255. ▓▓▓▓▓▓▓▓▓▓ | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 6/28/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Abbott Labs Com Stock | A | Dividend | K | T | | | | | |
| 257. Air Prod & ChemicaLs Com Stock | | None | | | Sold | 03/06/09 | J | | |
| 258. Amgen Inc. Com Stock | | None | K | T | | | | | |
| 259. Anadarko Petroleum Com Stock | A | Dividend | K | T | | | | | |
| 260. Applied Materials Com Stock | A | Dividend | | | Sold | 12/04/09 | K | | |
| 261. Avery Dennison Com Stock | A | Dividend | | | Sold | 07/23/09 | J | | |
| 262. Bershire Hathaway | | None | K | T | | | | | |
| 263. Best Buy | A | Dividend | K | T | | | | | |
| 264. BHP Billiton Com Stock | | None | K | T | | | | | |
| 265. Biogen IDEC Com Stock | | None | K | T | | | | | |
| 266. Broadcom Corp Com Stock | | None | K | T | Sold (part) | 12/04/09 | J | | |
| 267. Burlington Santa Fe Com Stock | A | Dividend | | | Sold | 12/04/09 | K | E | |
| 268. Chevron Corp Com Stock | A | Dividend | K | T | | | | | |
| 269. Cisco Systems Com Stock | | None | K | T | | | | | |
| 270. Citicorp Com Stock | A | Dividend | | | Sold | 12/04/09 | J | | |
| 271. Colgate-Palmolive Com Stock | A | Dividend | | | Sold | 04/17/09 | K | C | |
| 272. Corning Inc Com Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 6/28/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Costco Corp | A | Dividend | K | T | | | | | |
| 274. CVS Caremark Com Stock | A | Dividend | K | T | | | | | |
| 275. Danaher Corp Com Stock | A | Dividend | K | T | | | | | |
| 276. Dentsply Int'l Com Stock | A | Dividend | | | Sold | 07/16/09 | K | B | |
| 277. The Walt Disney Co. Com Stock | A | Dividend | K | T | | | | | |
| 278. Ebay Com Stock | | None | J | T | Sold (part) | 07/16/09 | J | | |
| 279. FPL Group Com Stock | A | Dividend | K | T | | | | | |
| 280. Fortune Brands Com Stock | A | Dividend | J | T | | | | | |
| 281. GE Com Stock | A | Dividend | K | T | Buy | 04/17/09 | K | | |
| 282. Gilead Sciences Com Stock | | None | K | T | Buy | 03/25/09 | K | | |
| 283. Goldman Sachs Group Com Stock | A | Dividend | K | T | | | | | |
| 284. Home Depot Inc Com Stock | A | Dividend | K | T | | | | | |
| 285. IBM Com Stock | A | Dividend | K | T | | | | | |
| 286. Intel Corp Com Stock | A | Dividend | K | T | | | | | |
| 287. Johnson & Johnson Com Stock | A | Dividend | K | T | | | | | |
| 288. Lockheed Martin Com Stock | A | Dividend | K | T | | | | | |
| 289. Medtronic Inc. Com Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 6/28/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Microsoft Corp. Com Stock | A | Dividend | K | T | Buy | 05/04/09 | J | | |
| 291. Oracle Corp | A | Dividend | K | T | | | | | |
| 292. Pepsico Inc Com Stock | A | Dividend | K | T | | | | | |
| 293. Proctor & Gamble Com Stock | A | Dividend | K | T | | | | | |
| 294. Qualcomm Inc. Com Stock | A | Dividend | K | T | | | | | |
| 295. Royal Dutch ADR Com Stock | B | Dividend | K | T | | | | | |
| 296. SEI Investments | A | Dividend | K | T | | | | | |
| 297. Sempra Energy Com Stock | A | Dividend | K | T | | | | | |
| 298. Smith Intl Com Stock | A | Dividend | J | T | | | | | |
| 299. Sysco Corp Com Stock | A | Dividend | | | Sold | 10/30/09 | K | | |
| 300. Target Corp Com Stock | A | Dividend | K | T | Buy | 06/16/09 | J | | |
| 301. Teva Pharm ADR Com Stock | | None | K | T | Sold (part) | 07/16/09 | J | B | |
| 302. Transocean Inc Com Stock | | None | K | T | | | | | |
| 303. US Bancorp Com Stock | A | Dividend | K | T | | | | | |
| 304. Verizon Com Stock | A | Dividend | K | T | | | | | |
| 305. Vodafone ADR | A | Dividend | K | T | | | | | |
| 306. Vulcan Materials Com Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 6/28/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Zimmer Holdings Corn Stock | | None | K | T | | | | | |
| 308. DFA Emerging Markets Fund | A | Dividend | | | Sold | 10/30/09 | K | B | |
| 309. DFA Large Cap Int'l Fund | C | Dividend | | | Sold | 10/30/09 | M | | |
| 310. DFA US Micro Cap Fund | A | Dividend | | | Sold | 10/30/09 | K | | |
| 311. 1Shares MSCI Index Fund | B | Dividend | M | T | Buy | 10/30/09 | M | | |
| 312. 1Shares Small Cap Index Fund | A | Dividend | L | T | Buy | 10/30/09 | L | | |
| 313. Powershares Clean Energy Fund | A | Dividend | J | T | | | | | |
| 314. Vanguard Emerging Market Fund | A | Dividend | K | T | Buy | 10/30/09 | K | | |
| 315. Capital Trust Account | | | | | | | | | |
| 316. ABBOTT LABORATORIES | B | Dividend | | | Sold (part) | 05/15/09 | L | A | |
| 317. ABBOTT LABORATORIES | | | | | Sold | 05/18/09 | L | A | |
| 318. ADOBE SYSTEMS INC | | None | L | T | BUY | 10/14/09 | K | | |
| 319. ADOBE SYSTEMS INC | | | | | BUY | 10/30/09 | K | | |
| 320. AETNA INC | | None | | | BUY | 09/16/09 | K | | |
| 321. AETNA INC | | | | | BUY | 09/17/09 | K | | |
| 322. AETNA INC | | | | | Sold (part) | 02/26/09 | J | A | |
| 323. AETNA INC | | | | | Sold (part) | 05/19/09 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 6/28/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. AETNA INC | | | | | Sold (part) | 10/08/09 | J | A | |
| 325. AETNA INC | | | | | Sold (part) | 10/09/09 | J | A | |
| 326. AETNA INC | | | | | Sold (part) | 10/12/09 | J | A | |
| 327. AETNA INC | | | | | Sold (part) | 10/13/09 | J | A | |
| 328. AETNA INC | | | | | Sold (part) | 10/14/09 | J | A | |
| 329. AETNA INC | | | | | Sold (part) | 10/15/09 | J | A | |
| 330. AETNA INC | | | | | Sold (part) | 10/16/09 | J | A | |
| 331. AETNA INC | | | | | Sold (part) | 10/19/09 | J | A | |
| 332. AETNA INC | | | | | Sold | 10/20/09 | J | A | |
| 333. AFLAC INC | | None | | | Sold | 01/22/09 | K | A | |
| 334. AGILENT TECHNOLOGIES INC | | None | M | T | Sold (part) | 10/05/09 | K | A | |
| 335. AIR PRODUCTS & CHEMICALS INC | C | Dividend | M | T | | | | | |
| 336. ALBERTO CULVER CO | A | Dividend | L | T | BUY | 09/16/09 | J | | |
| 337. ALBERTO CULVER CO | | | | | BUY | 09/17/09 | J | | |
| 338. ALBERTO CULVER CO | | | | | BUY | 09/18/09 | J | | |
| 339. ALBERTO CULVER CO | | | | | BUY | 09/21/09 | J | | |
| 340. ALBERTO CULVER CO | | | | | BUY | 09/22/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 6/28/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. ALBERTO CULVER CO | | | | | BUY | 09/23/09 | J | | |
| 342. ALBERTO CULVER CO | | | | | BUY | 09/24/09 | J | | |
| 343. ALBERTO CULVER CO | | | | | BUY | 09/25/09 | J | | |
| 344. ALBERTO CULVER CO | | | | | BUY | 09/28/09 | J | | |
| 345. ALBERTO CULVER CO | | | | | BUY | 09/29/09 | J | | |
| 346. ALBERTO CULVER CO | | | | | BUY | 09/30/09 | J | | |
| 347. ALBERTO CULVER CO | | | | | BUY | 10/01/09 | J | | |
| 348. ALBERTO CULVER CO | | | | | BUY | 11/13/09 | J | | |
| 349. ALBERTO CULVER CO | | | | | BUY | 11/16/09 | J | | |
| 350. ALBERTO CULVER CO | | | | | BUY | 11/17/09 | J | | |
| 351. ALLEGENY TECHNOLOGIES INC | C | Dividend | M | T | BUY | 01/05/09 | J | | |
| 352. ALLEGENY TECHNOLOGIES INC | | | | | BUY | 01/06/09 | J | | |
| 353. ALLEGENY TECHNOLOGIES INC | | | | | BUY | 01/07/09 | K | | |
| 354. ALLEGENY TECHNOLOGIES INC | | | | | BUY | 01/08/09 | J | | |
| 355. ALLEGENY TECHNOLOGIES INC | | | | | BUY | 01/09/09 | J | | |
| 356. ALLEGENY TECHNOLOGIES INC | | | | | BUY | 10/29/09 | K | | |
| 357. ALLEGENY TECHNOLOGIES INC | | | | | BUY | 10/30/09 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 6/28/2010 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. ALLEGENY TECHNOLOGIES INC | | | | | BUY | 11/02/09 | J | | |
| 359. ALLEGENY TECHNOLOGIES INC | | | | | Sold (part) | 12/04/09 | J | A | |
| 360. ALLEGENY TECHNOLOGIES INC | | | | | Sold (part) | 12/07/09 | K | A | |
| 361. ALLEGENY TECHNOLOGIES INC | | | | | Sold (part) | 12/08/09 | J | A | |
| 362. ALLERGAN INC | A | Dividend | M | T | Sold (part) | 05/26/09 | J | A | |
| 363. ALLERGAN INC | | | | | Sold (part) | 05/27/09 | J | A | |
| 364. ALLERGAN INC | | | | | Sold (part) | 06/01/09 | J | A | |
| 365. ALLERGAN INC | | | | | Sold (part) | 06/02/09 | J | A | |
| 366. ALLERGAN INC | | | | | Sold (part) | 06/03/09 | J | A | |
| 367. ALLSTATE CORP | A | Dividend | L | T | BUY | 05/21/09 | K | | |
| 368. ALLSTATE CORP | | | | | BUY | 05/22/09 | J | | |
| 369. AMERICAN MEDICAL SYS HLDGS | | None | K | T | Sold (part) | 02/05/09 | J | A | |
| 370. AMERICAN MEDICAL SYS HLDGS | | | | | Sold (part) | 02/06/09 | J | A | |
| 371. AMERICAN MEDICAL SYS HLDGS | | | | | Sold (part) | 02/09/09 | J | A | |
| 372. AMERICAN MEDICAL SYS HLDGS | | | | | Sold (part) | 02/10/09 | J | A | |
| 373. AMERICAN MEDICAL SYS HLDGS | | | | | Sold (part) | 02/11/09 | J | A | |
| 374. AMERICAN MEDICAL SYS HLDGS | | | | | Sold (part) | 02/12/09 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 6/28/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. AMERICAN TOWER CORP CL A | | None | M | T | | | | | |
| 376. AMERICAN WATER WORKS | C | Dividend | M | T | BUY | 08/13/09 | M | | |
| 377. AMERICAN WATER WORKS | | | | | BUY | 08/14/09 | K | | |
| 378. AMERICAN WATER WORKS | | | | | BUY | 08/17/09 | J | | |
| 379. AMERICAN WATER WORKS | | | | | BUY | 08/18/09 | J | | |
| 380. AMERICAN WATER WORKS | | | | | BUY | 08/24/09 | J | | |
| 381. AMERICAN WATER WORKS | | | | | BUY | 08/25/09 | J | | |
| 382. APPLE INC | | None | K | T | | | | | |
| 383. AT&T INC | D | Dividend | J | T | Sold (part) | 01/09/09 | J | A | |
| 384. AT&T INC | | | | | Sold (part) | 11/20/09 | L | A | |
| 385. AT&T INC | | | | | Sold (part) | 11/23/09 | L | C | |
| 386. BAE SYSTEMS PLC SPON ADR | B | Dividend | K | T | BUY | 12/02/09 | J | | |
| 387. BAE SYSTEMS PLC SPON ADR | | | | | BUY | 12/03/09 | K | | |
| 388. BAE SYSTEMS PLC SPON ADR | | | | | Sold (part) | 10/29/09 | K | A | |
| 389. BAKER HUGHES INC | A | Dividend | | | Sold (part) | 05/13/09 | J | A | |
| 390. BAKER HUGHES INC | | | | | Sold | 05/18/09 | J | A | |
| 391. BANK OF NEW YORK MELLON CORP | A | Dividend | K | T | BUY | 06/17/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 6/28/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. BARRICK GOLD CORP US$ | B | Dividend | M | T | Sold (part) | 01/09/09 | J | A | |
| 393. BARRICK GOLD CORP US$ | | | | | Sold (part) | 09/02/09 | K | D | |
| 394. BAXTER INTERNATIONAL INC | C | Dividend | M | T | | | | | |
| 395. BAY AREA TOLL AUTH FI SAN FRAN CA SF 5.0% 04/01/34 | D | Interest | N | T | | | | | |
| 396. BERKSHIRE HATHAWAY INC CL A | | None | L | T | | | | | |
| 397. BEST BUY INC | A | Dividend | K | T | | | | | |
| 398. BIOGEN IDEC INC | | None | | | BUY | 02/03/09 | K | | |
| 399. BIOGEN IDEC INC | | | | | BUY | 02/04/09 | K | | |
| 400. BIOGEN IDEC INC | | | | | BUY | 02/05/09 | K | | |
| 401. BIOGEN IDEC INC | | | | | BUY | 02/06/09 | J | | |
| 402. BIOGEN IDEC INC | | | | | BUY | 02/18/09 | J | | |
| 403. BIOGEN IDEC INC | | | | | BUY | 02/26/09 | J | | |
| 404. BIOGEN IDEC INC | | | | | BUY | 04/20/09 | J | | |
| 405. BIOGEN IDEC INC | | | | | BUY | 08/10/09 | J | | |
| 406. BIOGEN IDEC INC | | | | | Sold (part) | 10/30/09 | J | A | |
| 407. BIOGEN IDEC INC | | | | | Sold (part) | 11/02/09 | K | A | |
| 408. BIOGEN IDEC INC | | | | | Sold (part) | 11/03/09 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L –$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S –Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 6/28/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. BIOGEN IDEC INC | | | | | Sold (part) | 11/04/09 | J | A | |
| 410. BIOGEN IDEC INC | | | | | Sold (part) | 11/05/09 | K | A | |
| 411. BIOGEN IDEC INC | | | | | Sold | 11/06/09 | K | A | |
| 412. BOEING CO | A | Dividend | K | T | BUY | 11/02/09 | K | | |
| 413. BOEING CO | | | | | BUY | 11/19/09 | J | | |
| 414. BOEING CO | | | | | Sold (part) | 03/04/09 | J | A | |
| 415. BOEING CO | | | | | Sold (part) | 06/23/09 | K | A | |
| 416. BROADCOM CORP | | None | K | T | BUY | 02/19/09 | K | | |
| 417. BROCADE COMMUNICATIONS SYS INC | | None | K | T | BUY | 01/07/09 | J | | |
| 418. BROCADE COMMUNICATIONS SYS INC | | | | | BUY | 01/08/09 | J | | |
| 419. BROCADE COMMUNICATIONS SYS INC | | | | | BUY | 01/09/09 | J | | |
| 420. BROCADE COMMUNICATIONS SYS INC | | | | | BUY | 01/13/09 | J | | |
| 421. BROCADE COMMUNICATIONS SYS INC | | | | | BUY | 01/14/09 | J | | |
| 422. BURKE GA OGLETHORPE PWR E SF 7.0% 01/01/23 | D | Interest | M | T | | | | | |
| 423. CA PUB WKS LEASE REV BONDS A AMBAC | | None | | | Sold | 05/01/09 | M | A | |
| 424. CA ST DEPT WTR RES Q 5.0% 3/1/17 | B | Interest | | | Sold | 05/01/09 | L | A | |
| 425. CA ST DWR PWRSUPPLY REV 5.0% 05/01/21 | D | Interest | M | T | BUY | 01/08/09 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 6/28/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. CA ST ECON RECOV A FGIC 5.25% 7/1/13 | C | Interest | | | Sold | 04/03/09 | M | B | |
| 427. CA ST GO 6.25% 09-01-12 | C | Interest | L | T | | | | | |
| 428. CA ST GO NATL 5.0% 06/01/15 | C | Interest | M | T | BUY | 07/24/09 | M | | |
| 429. CA ST GO SF 5.0% 10/01/29 | | None | M | T | BUY | 10/09/09 | M | | |
| 430. CA ST UNIV SYSTEMWIDE REV SER A AMBAC 5.0% 11-01-17 | E | Interest | N | T | | | | | |
| 431. CA STWD JOHN MUIR HLTH W/I 5% 08/15/2021 | E | Interest | N | T | | | | | |
| 432. CA STWD ST JOSEPHS HLTH FSA 4.5% 07/01/18 | D | Interest | N | T | | | | | |
| 433. CALIFORNIA ST 5% 9/01/2031 | | None | | | Sold | 01/27/09 | M | A | |
| 434. CALIFORNIA ST REF 5% 3/01/2020 | | None | | | Sold | 01/27/09 | N | A | |
| 435. CALIFORNIA ST G/O BDS SER 5% 11/01/2013 | C | Interest | M | T | BUY | 08/06/09 | M | | |
| 436. CAMECO CORP US$ | A | Dividend | M | T | BUY | 01/28/09 | J | | |
| 437. CAMECO CORP US$ | | | | | BUY | 01/29/09 | J | | |
| 438. CAMECO CORP US$ | | | | | BUY | 04/27/09 | J | | |
| 439. CAMECO CORP US$ | | | | | BUY | 04/28/09 | K | | |
| 440. CAMECO CORP US$ | | | | | BUY | 05/01/09 | J | | |
| 441. CAMECO CORP US$ | | | | | BUY | 05/04/09 | J | | |
| 442. CAMPBELL SOUP CO | A | Dividend | | | Sold (part) | 01/13/09 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 6/28/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 443. CAMPBELL SOUP CO | | | | | Sold | 05/19/09 | K | B | |
| 444. CANADIAN NATURAL RESOURCES LTD US$ | A | Dividend | M | T | | | | | |
| 445. CANON INC ADR | A | Dividend | K | T | | | | | |
| 446. CARDINAL HEALTH INC | A | Dividend | | | Sold (part) | 08/03/09 | K | A | |
| 447. CARDINAL HEALTH INC | | | | | Sold | 08/04/09 | K | A | |
| 448. CARNIVAL CORP COMMON PAIRED STOCK | | None | K | T | Sold (part) | 05/19/09 | J | A | |
| 449. CARNIVAL CORP COMMON PAIRED STOCK | | | | | Sold (part) | 05/20/09 | K | A | |
| 450. CELGENE CORP | | None | L | T | BUY | 01/08/09 | K | | |
| 451. CELGENE CORP | | | | | BUY | 01/13/09 | J | | |
| 452. CENTRAL VLY COGEN CARSON-ICE 3.5% 07/01/2014 | | None | M | T | BUY | 08/07/09 | M | | |
| 453. CERNER CORP | | None | M | T | BUY | 03/05/09 | J | | |
| 454. CERNER CORP | | | | | BUY | 03/18/09 | K | | |
| 455. CERNER CORP | | | | | Sold (part) | 10/08/09 | K | D | |
| 456. CERNER CORP | | | | | Sold (part) | 10/21/09 | J | C | |
| 457. CERNER CORP | | | | | Sold (part) | 10/22/09 | J | C | |
| 458. CHEVRON CORP | B | Dividend | L | T | BUY | 02/12/09 | K | | |
| 459. CHEVRON CORP | | | | | BUY | 09/17/09 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 6/28/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. CISCO SYSTEMS INC | | None | M | T | | | | | |
| 461. CITIGROUP INC | A | Dividend | | | Sold | 02/17/09 | J | A | |
| 462. CITIZENS PPTY INS CORP FL A1 6.0% 06/01/2016 | D | Interest | M | T | BUY | 05/01/09 | M | | |
| 463. CLEARWATER FL WTR/SWR B 5.0% 12/01/18 | C | Interest | M | T | BUY | 05/15/09 | M | | |
| 464. COAST CMNTY COLLEGE DIST CALIF SER B 5% 8/01/2021 | D | Interest | | | Sold | 05/07/09 | N | D | |
| 465. COCA-COLA CO | C | Dividend | L | T | | | | | |
| 466. COLGATE-PALMOLIVE CO | A | Dividend | K | T | BUY | 05/20/09 | J | | |
| 467. COLGATE-PALMOLIVE CO | | | | | BUY | 05/21/09 | J | | |
| 468. COLGATE-PALMOLIVE CO | | | | | BUY | 05/22/09 | J | | |
| 469. COMCAST CORP CL A | B | Dividend | K | T | BUY | 11/03/09 | K | | |
| 470. COMCAST CORP CL A | | | | | Sold (part) | 01/09/09 | K | A | |
| 471. COMCAST CORP CL A | | | | | Sold (part) | 08/04/09 | K | A | |
| 472. COMCAST CORP CL A | | | | | Sold (part) | 08/05/09 | J | A | |
| 473. COMCAST CORP CL A | | | | | Sold (part) | 08/06/09 | J | A | |
| 474. COMCAST CORP CL A | | | | | Sold (part) | 08/07/09 | J | A | |
| 475. COMCAST CORP CL A | | | | | Sold (part) | 08/10/09 | J | A | |
| 476. COMCAST CORP CL A | | | | | Sold (part) | 08/12/09 | J | A | |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes      J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                        P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal      R =Cost (Real Estate Only)      S =Assessment      T =Cash Market
   (See Column C2)      U =Book Value      V =Other      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 6/28/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. COMCAST CORP CL A | | | | | Sold (part) | 12/07/09 | K | A | |
| 478. CONOCOPHILLIPS | A | Dividend | | | Sold | 04/20/09 | K | A | |
| 479. COSTA MESA CA PFA A 5% 10/1/12 | B | Interest | | | Sold | 06/08/09 | M | A | |
| 480. COSTCO WHOLESALE CORP | A | Dividend | L | T | | | | | |
| 481. CUCAMONGA CO CA COP WTR FGIC 5% 09/01/19 | B | Interest | | | Sold | 04/21/09 | L | A | |
| 482. DANAHER CORP | A | Dividend | M | T | BUY | 10/14/09 | K | | |
| 483. DAVITA INC | | None | M | T | | | | | |
| 484. DELL INC | | None | | | Sold | 01/09/09 | J | A | |
| 485. DELTA PETROLEUM CORP | | None | | | Sold (part) | 01/08/09 | J | A | |
| 486. DELTA PETROLEUM CORP | | | | | Sold (part) | 03/06/09 | J | A | |
| 487. DELTA PETROLEUM CORP | | | | | Sold (part) | 03/10/09 | J | A | |
| 488. DELTA PETROLEUM CORP | | | | | Sold | 03/11/09 | J | A | |
| 489. DIAMOND OFFSHORE DRILLING INC | A | Dividend | J | T | BUY | 09/22/09 | J | | |
| 490. DISCOVERY COMMUNICATIONS INC CL A | | None | K | T | BUY | 05/20/09 | J | | |
| 491. DISCOVERY COMMUNICATIONS INC CL A | | | | | BUY | 05/21/09 | J | | |
| 492. EAST WEST BANCORP INC | A | Dividend | | | Sold (part) | 03/02/09 | J | A | |
| 493. EAST WEST BANCORP INC | | | | | Sold (part) | 03/03/09 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J $15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 6/28/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. EAST WEST BANCORP INC | | | | | Sold (part) | 03/04/09 | J | A | |
| 495. EAST WEST BANCORP INC | | | | | Sold | 03/10/09 | J | A | |
| 496. EBAY INC | | None | L | T | BUY | 01/06/09 | K | | |
| 497. EBAY INC | | | | | Sold (part) | 10/05/09 | J | A | |
| 498. ECOLAB INC | A | Dividend | L | T | BUY | 03/31/09 | J | | |
| 499. EDISON INTERNATIONAL | B | Dividend | L | T | BUY | 01/15/09 | J | | |
| 500. EDISON INTERNATIONAL | | | | | BUY | 01/16/09 | K | | |
| 501. EDISON INTERNATIONAL | | | | | BUY | 01/20/09 | K | | |
| 502. EL CENTRO CA AUTH WTR AMBAC A 4.8% 10/01/09 | B | Interest | | | MATURITY | 10/01/09 | K | A | |
| 503. EMERSON ELECTRIC CO | C | Dividend | M | T | BUY | 05/21/09 | J | | |
| 504. ENERGIZER HOLDINGS INC | | None | K | T | Sold (part) | 11/02/09 | K | A | |
| 505. EOG RESOURCES INC | A | Dividend | L | T | BUY | 03/26/09 | K | | |
| 506. EOG RESOURCES INC | | | | | BUY | 8/12 | K | | |
| 507. AMERICAN FUNDS EUROPACIFIC GROWTH FUND CL F2 | E | Dividend | P1 | T | Buy | 6/15 | L | | |
| 508. EXXON MOBIL CORP | B | Dividend | K | T | Sold (part) | 06/12/09 | J | D | |
| 509. FEDEX CORP | A | Dividend | L | T | BUY | 06/04/09 | J | | |
| 510. FEDEX CORP | | | | | BUY | 06/05/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 6/28/2010 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. FEDEX CORP | | | | | BUY | 06/17/09 | K | | |
| 512. FIRST SOLAR INC | | None | L | T | BUY | 02/26/09 | K | | |
| 513. FIRST SOLAR INC | | | | | BUY | 11/04/09 | J | | |
| 514. FIRST SOLAR INC | | | | | Sold (part) | 05/26/09 | K | D | |
| 515. FL WTR PCR SER A SF 4.75% 01/15/25 | C | Interest | M | T | BUY | 01/09/09 | M | | |
| 516. FL ST BOARD OF ED GO SER B 5.0% 06/01/2023 | D | Interest | M | T | BUY | 02/11/09 | M | | |
| 517. FLUOR CORP | A | Dividend | K | T | Sold (part) | 10/29/09 | J | C | |
| 518. FLUOR CORP | | | | | Sold (part) | 11/02/09 | J | C | |
| 519. FLUOR CORP | | | | | Sold (part) | 11/03/09 | J | C | |
| 520. FLUOR CORP | | | | | Sold (part) | 11/04/09 | J | C | |
| 521. FLUOR CORP | | | | | Sold (part) | 11/05/09 | J | C | |
| 522. FLUOR CORP | | | | | Sold (part) | 11/06/09 | J | C | |
| 523. FOOTHILL-DE ANZA CC 1997 FING PROJ FSA 4.9% 6/1/11 | | None | | | Sold | 05/08/09 | L | C | |
| 524. FREMONT CA UHSD FGIC 5% 9/1/16 | D | Interest | | | Sold | 05/07/09 | N | E | |
| 525. GENENTECH INC | | None | | | Sold (part) | 01/09/09 | J | A | |
| 526. GENENTECH INC | | | | | Sold (part) | 02/03/09 | K | A | |
| 527. GENENTECH INC | | | | | Sold (part) | 02/13/09 | L | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 6/28/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. GENENTECH INC | | | | | Sold (part) | 02/17/09 | J | A | |
| 529. GENENTECH INC | | | | | Sold (part) | 02/18/09 | J | A | |
| 530. GENENTECH INC | | | | | Sold | 02/19/09 | L | D | |
| 531. GENERAL ELECTRIC CO | D | Dividend | K | T | Sold (part) | 05/20/09 | J | A | |
| 532. GENERAL ELECTRIC CO | | | | | Sold (part) | 05/21/09 | J | A | |
| 533. GENERAL ELECTRIC CO | | | | | Sold (part) | 11/02/09 | L | A | |
| 534. GENERAL MILLS INC | A | Dividend | M | T | BUY | 04/17/09 | J | | |
| 535. GENERAL MILLS INC | | | | | BUY | 11/18/09 | J | | |
| 536. GENERAL MILLS INC | | | | | BUY | 11/19/09 | K | | |
| 537. GENERAL MILLS INC | | | | | BUY | 11/20/09 | K | | |
| 538. GENERAL MILLS INC | | | | | BUY | 11/23/09 | J | | |
| 539. GENPACT LTD | | None | K | T | BUY | 10/30/09 | J | | |
| 540. GENPACT LTD | | | | | BUY | 11/02/09 | J | | |
| 541. GENPACT LTD | | | | | BUY | 11/03/09 | J | | |
| 542. GENPACT LTD | | | | | BUY | 11/04/09 | J | | |
| 543. GENPACT LTD | | | | | BUY | 11/05/09 | J | | |
| 544. GENPACT LTD | | | | | BUY | 11/06/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 6/28/2010 |

## VII. INVESTMENTS and TRUSTS – *income. value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. GENPACT LTD | | | | | BUY | 11/09/09 | J | | |
| 546. GENPACT LTD | | | | | Sold (part) | 12/14/09 | J | A | |
| 547. GENPACT LTD | | | | | Sold (part) | 12/15/09 | J | A | |
| 548. GENPACT LTD | | | | | Sold (part) | 12/16/09 | J | A | |
| 549. GENPACT LTD | | | | | Sold (part) | 12/17/09 | J | A | |
| 550. GENPACT LTD | | | | | Sold (part) | 12/18/09 | J | A | |
| 551. GOLDEN STATE TOBACCO REFDG 4.5% 06/01/2027 | D | Interest | N | T | | | | | |
| 552. GOLDEN ST TOBACCO ST APPROP AMBAC 5.0% 06-01-14 | C | Interest | M | T | | | | | |
| 553. GOLDMAN SACHS FINANCIAL SQUARE TREASURY | A | Dividend | L | T | | | | | |
| 554. GOLDMAN SACHS FINANCIAL SQUARE TREASURY | | | | | Sold (part) | 11/24/09 | L | A | |
| 555. GOLDMAN SACHS GROUP INC | B | Dividend | M | T | BUY | 04/14/09 | J | | |
| 556. GOLDMAN SACHS GROUP INC | | | | | Sold (part) | 09/03/09 | J | A | |
| 557. GOOGLE INC CL A | | None | M | T | Sold (part) | 09/02/09 | K | A | |
| 558. HANESBRANDS INC | | None | J | T | Sold (part) | 11/16/09 | J | A | |
| 559. HANESBRANDS INC | | | | | Sold (part) | 12/08/09 | J | A | |
| 560. HANESBRANDS INC | | | | | Sold (part) | 12/09/09 | J | A | |
| 561. HANESBRANDS INC | | | | | Sold (part) | 12/11/09 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 6/28/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., ren , or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. HANESBRANDS INC | | | | | Sold (part) | 12/14/09 | J | A | |
| 563. HANESBRANDS INC | | | | | Sold (part) | 12/18/09 | J | A | |
| 564. HANESBRANDS INC | | | | | Sold (part) | 12/31/09 | J | A | |
| 565. HARRIS CO TX CHRISTUS HLTH A4 FSA ARC SF VAR 07/01/31 | B | Interest | M | T | BUY | 07/21/09 | M | | |
| 566. HAWAII ST GO SER DT 5.0% 11/01/19 | | None | M | T | BUY | 11/12/09 | M | | |
| 567. HEINEKEN NV ADR | A | Dividend | | | Sold (part) | 08/27/09 | J | A | |
| 568. HEINEKEN NV ADR | | | | | Sold (part) | 08/28/09 | K | D | |
| 569. HEINEKEN NV ADR | | | | | Sold (part) | 08/31/09 | K | C | |
| 570. HEINEKEN NV ADR | | | | | Sold (part) | 09/01/09 | J | C | |
| 571. HEINEKEN NV ADR | | | | | Sold | 09/02/09 | J | C | |
| 572. HEWLETT-PACKARD CO | A | Dividend | L | T | | | | | |
| 573. HUDSON CITY BANCORP INC | A | Dividend | K | T | Sold (part) | 05/05/09 | J | A | |
| 574. ILLINOIS TOOL WORKS INC | C | Dividend | M | T | | | | | |
| 575. IND LOCAL PUB IMPNATL-RE PREREF 5.5% 07/01/2014 | C | Interest | M | T | BUY | 05/15/09 | M | | |
| 576. INTEL CORP | | None | | | Sold | 01/22/09 | K | A | |
| 577. INTERNATIONAL BUSINESS MACHINES CORP | C | Dividend | M | T | BUY | 03/31/09 | J | | |
| 578. IRON MOUNTAIN INC | | None | M | T | | | | | |

| 1. Income Gain Codes: | A –$1,000 or less | B –$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 –$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 6/28/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. JABIL CIRCUIT INC | A | Dividend | | | Sold (part) | 01/14/09 | J | A | |
| 580. JABIL CIRCUIT INC | | | | | Sold (part) | 01/15/09 | J | A | |
| 581. JABIL CIRCUIT INC | | | | | Sold (part) | 01/16/09 | J | A | |
| 582. JABIL CIRCUIT INC | | | | | Sold (part) | 03/06/09 | J | A | |
| 583. JABIL CIRCUIT INC | | | | | Sold (part) | 03/09/09 | J | A | |
| 584. JABIL CIRCUIT INC | | | | | Sold (part) | 03/10/09 | J | A | |
| 585. JABIL CIRCUIT INC | | | | | Sold (part) | 03/11/09 | J | A | |
| 586. JABIL CIRCUIT INC | | | | | Sold | 03/12/09 | J | A | |
| 587. JACOBS ENGR GROUP | | None | K | T | | | | | |
| 588. JOHNSON & JOHNSON | C | Dividend | M | T | BUY | 05/19/09 | M | | |
| 589. JOHNSON & JOHNSON | | | | | BUY | 10/29/09 | J | | |
| 590. JOHNSON CONTROLS INC | A | Dividend | | | Sold | 09/21/09 | K | A | |
| 591. JPMORGAN CHASE & CO | C | Dividend | M | T | | | | | |
| 592. JUNIPER NETWORKS INC | | None | J | T | BUY | 05/21/09 | J | | |
| 593. JUNIPER NETWORKS INC | | | | | BUY | 05/22/09 | J | | |
| 594. JUNIPER NETWORKS INC | | | | | BUY | 06/05/09 | J | | |
| 595. KIMBERLY-CLARK CORP | B | Dividend | | | Sold (part) | 05/18/09 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 6/28/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. KIMBERLY-CLARK CORP | | | | | Sold (part) | 05/19/09 | K | A | |
| 597. KIMBERLY-CLARK CORP | | | | | Sold | 05/20/09 | K | A | |
| 598. KINDER MORGAN MANAGEMENT LLC | | None | | | Sold (part) | 09/10/09 | J | B | |
| 599. KINDER MORGAN MANAGEMENT LLC | | | | | Sold (part) | 09/11/09 | K | D | |
| 600. KINDER MORGAN MANAGEMENT LLC | | | | | Sold (part) | 09/14/09 | J | D | |
| 601. KINDER MORGAN MANAGEMENT LLC | | | | | Sold | 09/15/09 | J | B | |
| 602. KRAFT FOODS INC CL A | D | Dividend | K | T | Sold (part) | 01/09/09 | J | A | |
| 603. KRAFT FOODS INC CL A | | | | | Sold (part) | 04/17/09 | J | A | |
| 604. KRAFT FOODS INC CL A | | | | | Sold (part) | 11/18/09 | K | A | |
| 605. KRAFT FOODS INC CL A | | | | | Sold (part) | 11/19/09 | K | A | |
| 606. LA CA DWAP FSA 5.25% 07-01-20 | C | Interest | L | T | | | | | |
| 607. LA CA HARBOR SER C 5.0% 08/01/26 | A | Interest | M | T | BUY | 06/26/09 | M | | |
| 608. LA CA USD GO FGIC 5% 7/1/16 | D | Interest | | | Sold | 07/21/09 | N | D | |
| 609. LA CA USD GO SER 1 5.0% 07/01/2024 | C | Interest | M | T | BUY | 02/05/09 | M | | |
| 610. LA CO CA MTA AMBAC C 5% 7/1/20 | D | Interest | | | CALLED SECUR | 11/06/09 | M | A | |
| 611. LA CO CA MTA FSA SF 5% 7/1/19 | D | Interest | | | CALLED SECUR | 11/06/09 | M | A | |
| 612. LA CO CA MTA SALES TAX REV D 5.0% 07/01/16 | | None | M | T | BUY | 07/24/09 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 6/28/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. LOOPNET INC | | None | J | T | | | | | |
| 614. LOS ANGELES CNTY CA PUB WKS FING AUTH AMBAC 5% 06/01/2021 | D | Interest | N | T | | | | | |
| 615. LOUISIANA ST LEASE REV 5.0% 03/01/16 | | None | M | T | BUY | 11/12/09 | M | | |
| 616. LOWES COMPANIES INC | B | Dividend | M | T | BUY | 08/03/09 | J | | |
| 617. LOWES COMPANIES INC | | | | | BUY | 08/04/09 | J | | |
| 618. LOWES COMPANIES INC | | | | | BUY | 10/21/09 | K | | |
| 619. LOWES COMPANIES INC | | | | | Sold (part) | 01/09/09 | K | A | |
| 620. MA HLTH & ED MIT 6.0% 07/01/36 | C | Interest | M | T | | | | | |
| 621. MA HLTH EDU HARVARD UNIV A SF 5.5% 11/15/36 | C | Interest | M | T | | | | | |
| 622. MA ST DEV BOSTON COLL SER Q1 SF 5.0% 07/01/2025 | | None | M | T | BUY | 05/13/09 | M | | |
| 623. MARATHON OIL CORP COM | B | Dividend | K | T | Sold (part) | 02/04/09 | K | A | |
| 624. MARATHON OIL CORP COM | | | | | Sold (part) | 02/05/09 | J | A | |
| 625. MARATHON OIL CORP COM | | | | | Sold (part) | 02/12/09 | K | A | |
| 626. MASS GO SER B 5.0% 07/01/23 | | None | M | T | BUY | 05/21/09 | M | | |
| 627. MAXIM INTEGRATED PRODS INC | B | Dividend | K | T | BUY | 01/22/09 | J | | |
| 628. MAXIM INTEGRATED PRODS INC | | | | | BUY | 01/23/09 | J | | |
| 629. MAXIM INTEGRATED PRODS INC | | | | | BUY | 01/26/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 6/28/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. MAXIM INTEGRATED PRODS INC | | | | | BUY | 01/27/09 | J | | |
| 631. MAXIM INTEGRATED PRODS INC | | | | | BUY | 01/28/09 | J | | |
| 632. MCDONALDS CORP | C | Dividend | L | T | Sold (part) | 01/09/09 | K | D | |
| 633. MCDONALDS CORP | | | | | Sold (part) | 01/28/09 | K | D | |
| 634. MCDONALDS CORP | | | | | Sold (part) | 05/21/09 | J | C | |
| 635. MCDONALDS CORP | | | | | Sold (part) | 06/17/09 | K | D | |
| 636. MECKLENBURG CNTY NC COP A 5.0% 02/01/27 | B | Interest | M | T | BUY | 01/30/09 | M | | |
| 637. MEDTRONIC INC | B | Dividend | L | T | BUY | 03/12/09 | J | | |
| 638. MEDTRONIC INC | | | | | BUY | 03/13/09 | J | | |
| 639. MEDTRONIC INC | | | | | BUY | 04/20/09 | J | | |
| 640. MERCK & CO INC | B | Dividend | M | T | BUY | 05/19/09 | K | | |
| 641. MERCK & CO INC | | | | | BUY | 05/20/09 | K | | |
| 642. MERCK & CO INC | | | | | BUY | 05/21/09 | J | | |
| 643. MERCK & CO INC | | | | | BUY | 06/03/09 | J | | |
| 644. MERCK & CO INC | | | | | BUY | 06/18/09 | J | | |
| 645. MERCK & CO INC | | | | | BUY | 06/23/09 | J | | |
| 646. MERCK & CO INC | | | | | BUY | 11/20/09 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 6/28/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. MERCURY GENERAL CORP | B | Dividend | | | Sold | 10/29/09 | K | A | |
| 648. METRO WTR SO CA GO SER A 5% 3/1/17 | D | Interest | | | Sold | 05/07/09 | N | E | |
| 649. MICH MUN BD AUTH SER 09B DETROIT SD NTS 6.0% 01/20/2010 | | None | M | T | BUY | 05/01/09 | M | | |
| 650. MICROCHIP TECHNOLOGY INC | C | Dividend | L | T | | | | | |
| 651. MICROSOFT CORP | C | Dividend | M | T | BUY | 06/24/09 | K | | |
| 652. MICROSOFT CORP | | | | | Sold (part) | 03/31/09 | K | A | |
| 653. MICROSOFT CORP | | | | | Sold (part) | 05/21/09 | J | A | |
| 654. MONSANTO CO | A | Dividend | L | T | BUY | 05/13/09 | K | | |
| 655. MONSANTO CO | | | | | BUY | 11/30/09 | L | | |
| 656. MONSANTO CO | | | | | Sold (part) | 10/28/09 | J | A | |
| 657. MONSANTO CO | | | | | Sold (part) | 10/29/09 | J | A | |
| 658. MONTEREY CA COPS NATIVIDAD MED MBIA 4.75% 8/1/17 | B | Interest | | | Sold | 04/21/09 | K | A | |
| 659. NATIONAL GRID PLC - SP ADR | | None | K | T | BUY | 11/23/09 | K | | |
| 660. NATIONAL GRID PLC - SP ADR | | | | | BUY | 11/24/09 | J | | |
| 661. NATIONAL INSTRUMENTS CORP | A | Dividend | K | T | | | | | |
| 662. NC ST GO SER A 5.0% 03/01/14 | | None | M | T | BUY | 10/07/09 | M | | |
| 663. NESTLE NAM SPON ADR | B | Dividend | L | T | Sold (part) | 09/02/09 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 6/28/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. NESTLE NAM SPON ADR | | | | | Sold (part) | 10/02/09 | J | C | |
| 665. AMERICAN FUNDS NEW WORLD FUND CL F2 | D | Dividend | N | T | Buy | 06/15/09 | K | | |
| 666. NINTENDO CO LTD ADR UNSPON | A | Dividend | K | T | BUY | 06/11/09 | J | | |
| 667. NINTENDO CO LTD ADR UNSPON | | | | | BUY | 10/30/09 | J | | |
| 668. NINTENDO CO LTD ADR UNSPON | | | | | BUY | 11/02/09 | J | | |
| 669. NINTENDO CO LTD ADR UNSPON | | | | | BUY | 11/03/09 | J | | |
| 670. NINTENDO CO LTD ADR UNSPON | | | | | Sold (part) | 12/08/09 | J | A | |
| 671. NOKIA CORP SPONSORED ADR | A | Dividend | | | Sold | 10/29/09 | J | A | |
| 672. NORDSTROM INC | B | Dividend | J | T | Sold (part) | 10/20/09 | J | A | |
| 673. NORDSTROM INC | | | | | Sold (part) | 10/21/09 | J | A | |
| 674. NORDSTROM INC | | | | | Sold (part) | 10/22/09 | K | B | |
| 675. NORDSTROM INC | | | | | Sold (part) | 10/23/09 | J | A | |
| 676. NORDSTROM INC | | | | | Sold (part) | 10/26/09 | J | A | |
| 677. NORDSTROM INC | | | | | Sold (part) | 10/27/09 | J | A | |
| 678. NORDSTROM INC | | | | | Sold (part) | 10/28/09 | J | A | |
| 679. NORFOLK SOUTHERN CORP | A | Dividend | K | T | BUY | 06/11/09 | J | | |
| 680. NORFOLK SOUTHERN CORP | | | | | BUY | 06/12/09 | J | | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 6/28/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. NUCOR CORP | B | Dividend | L | T | | | | | |
| 682. OMNICOM GROUP INC | A | Dividend | K | T | Sold (part) | 05/15/09 | J | A | |
| 683. OMNICOM GROUP INC | | | | | Sold (part) | 05/18/09 | K | A | |
| 684. OMNICOM GROUP INC | | | | | Sold (part) | 05/22/09 | J | A | |
| 685. OMNICOM GROUP INC | | | | | Sold (part) | 05/26/09 | J | A | |
| 686. OMNICOM GROUP INC | | | | | Sold (part) | 05/29/09 | J | A | |
| 687. OMNICOM GROUP INC | | | | | Sold (part) | 06/01/09 | J | A | |
| 688. OR ST DEPT OF ADMIN COPS 5.0% 05/01/2018 | D | Interest | M | T | BUY | 02/11/09 | M | | |
| 689. PALOS VERDES CA LIBR DIST 5.0% 8/1/16 | B | Interest | | | Sold | 06/08/09 | M | B | |
| 690. PAYCHEX INC | C | Dividend | L | T | BUY | 08/04/09 | J | | |
| 691. PAYCHEX INC | | | | | BUY | 12/04/09 | J | | |
| 692. PAYCHEX INC | | | | | BUY | 12/07/09 | K | | |
| 693. PAYCHEX INC | | | | | Sold (part) | 01/09/09 | J | A | |
| 694. PAYCHEX INC | | | | | Sold (part) | 06/17/09 | J | A | |
| 695. PAYCHEX INC | | | | | Sold (part) | 06/18/09 | J | A | |
| 696. PAYCHEX INC | | | | | Sold (part) | 11/02/09 | L | A | |
| 697. PEPSICO INC | C | Dividend | M | T | BUY | 01/08/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 6/28/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. PEPSICO INC | | | | | BUY | 01/13/09 | J | | |
| 699. PHOENIX AZ CIVIC IMPROV WTR A 5.0% 07/01/23 | | None | M | T | BUY | 05/14/09 | M | | |
| 700. PHILIP MORRIS INTERNATIONAL INC | B | Dividend | K | T | BUY | 10/29/09 | J | | |
| 701. PINNACLE WEST CAPITAL CORP | | None | | | Sold (part) | 01/16/09 | J | A | |
| 702. PINNACLE WEST CAPITAL CORP | | | | | Sold (part) | 01/20/09 | J | A | |
| 703. PINNACLE WEST CAPITAL CORP | | | | | Sold | 01/21/09 | J | A | |
| 704. POLYCOM INC | | None | K | T | | | | | |
| 705. POTASH CORP OF SASKATCHEWAN IN US$ | A | Dividend | L | T | | | | | |
| 706. PROCTER & GAMBLE CO | B | Dividend | L | T | BUY | 05/19/09 | K | | |
| 707. PROCTER & GAMBLE CO | | | | | BUY | 05/20/09 | K | | |
| 708. PROCTER & GAMBLE CO | | | | | BUY | 05/21/09 | J | | |
| 709. PROGRESSIVE CORP OHIO | | None | L | T | | | | | |
| 710. QUALCOMM INC | B | Dividend | M | T | BUY | 11/18/09 | K | | |
| 711. QUALCOMM INC | | | | | BUY | 11/19/09 | K | | |
| 712. RIO TINTO PLC ADR SPON | B | Dividend | J | T | | | | | |
| 713. RIVERSIDE CA COP MBIA 4.75% 12/1/12 | | None | | | Sold | 04/21/09 | L | A | |
| 714. SACRA CA MUD S MBIA 5.0% 11/15/15 | | None | | | Sold | 05/08/09 | M | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 6/28/2010 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. SAN FRAN CITY CA REDEV AGY MOSCONE CTR FSA 5.0% 7/1/17 | B | Interest | | | Sold | 05/19/09 | L | A | |
| 716. SAN FRAN CITY CA REDEV AGY MOSCONE CTR FSA 5.0% 7/1/18 | B | Interest | | | Sold | 05/19/09 | L | A | |
| 717. SAN FRAN CITY & CO HOTEL TAX FSA 4.75% 7/1/12 | B | Interest | | | Sold | 06/25/09 | L | A | |
| 718. SAN FRANCISCO CA ST BLDG AUTH LEASE REV 5% 12/1/20 | | None | | | Sold | 05/13/09 | N | A | |
| 719. SAN JOSE CA REDEV 04 A MBIA 5.25% 8/1/10 | D | Interest | | | Sold | 04/03/09 | N | B | |
| 720. SAP AG SPON ADR | B | Dividend | L | T | Sold (part) | 01/09/09 | J | A | |
| 721. SAP AG SPON ADR | | | | | Sold (part) | 09/03/09 | J | A | |
| 722. SAP AG SPON ADR | | | | | Sold (part) | 11/19/09 | K | C | |
| 723. SARA LEE CORP | B | Dividend | | | Sold (part) | 05/19/09 | J | A | |
| 724. SARA LEE CORP | | | | | Sold (part) | 05/20/09 | J | A | |
| 725. SARA LEE CORP | | | | | Sold (part) | 05/21/09 | J | A | |
| 726. SARA LEE CORP | | | | | Sold (part) | 05/22/09 | J | A | |
| 727. SARA LEE CORP | | | | | Sold (part) | 05/26/09 | J | A | |
| 728. SARA LEE CORP | | | | | Sold (part) | 05/27/09 | J | A | |
| 729. SARA LEE CORP | | | | | Sold (part) | 05/28/09 | J | A | |
| 730. SARA LEE CORP | | | | | Sold (part) | 05/29/09 | J | A | |
| 731. SARA LEE CORP | | | | | Sold (part) | 06/01/09 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 6/28/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. SARA LEE CORP | | | | | Sold (part) | 06/02/09 | J | A | |
| 733. SARA LEE CORP | | | | | Sold (part) | 06/03/09 | J | A | |
| 734. SARA LEE CORP | | | | | Sold (part) | 06/04/09 | J | A | |
| 735. SARA LEE CORP | | | | | Sold (part) | 06/08/09 | J | A | |
| 736. SARA LEE CORP | | | | | Sold (part) | 06/09/09 | J | A | |
| 737. SARA LEE CORP | | | | | Sold (part) | 06/10/09 | J | A | |
| 738. SARA LEE CORP | | | | | Sold (part) | 06/11/09 | J | A | |
| 739. SARA LEE CORP | | | | | Sold (part) | 06/12/09 | J | A | |
| 740. SARA LEE CORP | | | | | Sold (part) | 06/17/09 | J | A | |
| 741. SARA LEE CORP | | | | | Sold (part) | 06/18/09 | J | A | |
| 742. SARA LEE CORP | | | | | Sold (part) | 06/19/09 | J | A | |
| 743. SARA LEE CORP | | | | | Sold (part) | 06/22/09 | J | A | |
| 744. SARA LEE CORP | | | | | Sold (part) | 06/23/09 | J | A | |
| 745. SARA LEE CORP | | | | | Sold (part) | 06/24/09 | J | A | |
| 746. SARA LEE CORP | | | | | Sold | 06/25/09 | J | A | |
| 747. SCHLUMBERGER LTD | B | Dividend | M | T | BUY | 10/29/09 | J | | |
| 748. SCHWAB CHARLES | A | Dividend | M | T | BUY | 05/18/09 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 6/28/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 749. SCHWAB CHARLES | | | | | BUY | 05/19/09 | K | | |
| 750. SCHWAB CHARLES | | | | | BUY | 05/20/09 | J | | |
| 751. SCHWAB CHARLES | | | | | BUY | 08/03/09 | J | | |
| 752. SCHWAB CHARLES | | | | | BUY | 09/18/09 | K | | |
| 753. SCHWAB CHARLES | | | | | BUY | 09/21/09 | J | | |
| 754. SCHWAB CHARLES | | | | | BUY | 09/22/09 | J | | |
| 755. SCHWAB CHARLES | | | | | BUY | 10/28/09 | K | | |
| 756. SCHWAB CHARLES | | | | | BUY | 10/29/09 | J | | |
| 757. SCRIPPS NETWORKS INTERACTIVE CL A | A | Dividend | J | T | BUY | 06/29/09 | J | | |
| 758. SCRIPPS NETWORKS INTERACTIVE CL A | | | | | BUY | 06/30/09 | J | | |
| 759. SHIRE PLC ADR | A | Dividend | M | T | BUY | 02/03/09 | J | | |
| 760. SHIRE PLC ADR | | | | | BUY | 02/04/09 | J | | |
| 761. SHIRE PLC ADR | | | | | BUY | 02/05/09 | J | | |
| 762. SHIRE PLC ADR | | | | | BUY | 02/13/09 | J | | |
| 763. SHIRE PLC ADR | | | | | BUY | 02/17/09 | K | | |
| 764. SHIRE PLC ADR | | | | | BUY | 02/18/09 | J | | |
| 765. SHIRE PLC ADR | | | | | BUY | 03/04/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 6/28/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 766. SHIRE PLC ADR | | | | | BUY | 06/04/09 | K | | |
| 767. SO CA PUB PWR AUTH SF 6.0% 07-01-27 | C | Interest | M | T | | | | | |
| 768. SOUTHWEST AIRLINES CO | A | Dividend | | | Sold (part) | 10/28/09 | K | A | |
| 769. SOUTHWEST AIRLINES CO | | | | | Sold | 10/29/09 | J | A | |
| 770. SPECTRA ENERGY CORP | A | Dividend | J | T | | | | | |
| 771. SSGA MONEY MARKET FUND | A | Dividend | N | T | Sold (part) | 12/10/09 | J | A | |
| 772. STRAYER ED INC | | None | K | T | BUY | 12/07/09 | K | | |
| 773. SUNCOR ENERGY INC | A | Dividend | K | T | Buy | 08/03/09 | J | | |
| 774. TARGET CORP | B | Dividend | M | T | | | | | |
| 775. THE WALT DISNEY CO | B | Dividend | M | T | BUY | 02/26/09 | J | | |
| 776. TITANIUM METALS CORPORATION | | None | J | T | | | | | |
| 777. TRANSOCEAN LTD | | None | K | T | BUY | 05/20/09 | J | | |
| 778. TUOLUMNE WIND REV CA TURLOCK IRR DT 5.25% 01/01/24 | | None | M | T | BUY | 06/25/09 | M | | |
| 779. TYCO ELECTRONICS LTD | A | Dividend | K | T | BUY | 05/26/09 | J | | |
| 780. TYCO ELECTRONICS LTD | | | | | BUY | 05/27/09 | J | | |
| 781. TYCO ELECTRONICS LTD | | | | | BUY | 07/15/09 | J | | |
| 782. TYCO ELECTRONICS LTD | | | | | BUY | 07/16/09 | J | | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 6/28/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. UNILEVER NV NY SHRS | B | Dividend | L | T | | | | | |
| 784. UNION PACIFIC CORP | B | Dividend | L | T | Sold (part) | 01/09/09 | J | D | |
| 785. UNION PACIFIC CORP | | | | | Sold (part) | 06/11/09 | J | B | |
| 786. UNITEDHEALTH GROUP INC | | None | L | T | BUY | 09/03/09 | J | | |
| 787. UNITEDHEALTH GROUP INC | | | | | BUY | 11/03/09 | K | | |
| 788. UNITEDHEALTH GROUP INC | | | | | BUY | 11/04/09 | K | | |
| 789. UNITEDHEALTH GROUP INC | | . | | | BUY | 11/05/09 | J | | |
| 790. UNITED PARCEL SERVICE INC CL B | B | Dividend | L | T | Sold (part) | 05/19/09 | K | A | |
| 791. UNITED PARCEL SERVICE INC CL B | | | | | Sold (part) | 05/20/09 | J | A | |
| 792. UNITED TECHNOLOGIES CORP | B | Dividend | K | T | Sold (part) | 02/26/09 | K | A | |
| 793. UNITED TECHNOLOGIES CORP | | | | | Sold (part) | 02/27/09 | K | A | |
| 794. UNITED TECHNOLOGIES CORP | | | | | Sold (part) | 03/03/09 | J | A | |
| 795. UNITED TECHNOLOGIES CORP | | | | | Sold (part) | 03/04/09 | J | A | |
| 796. URBAN OUTFITTERS INC | | None | L | T | | | | | |
| 797. US TREASURY I/L FRN 2.0% 1/15/14 | B | Interest | | | BUY | 05/14/09 | N | | |
| 798. US TREASURY I/L FRN 2.0% 1/15/14 | | | | | Sold (part) | 06/25/09 | M | A | |
| 799. US TREASURY I/L FRN 2.0% 1/15/14 | | | | | Sold | 09/24/09 | M | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 6/28/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. US TREASURY I/L FRN 2.375% 01/15/2017 | B | Interest | | | BUY | 05/14/09 | M | | |
| 801. US TREASURY I/L FRN 2.375% 01/15/2017 | | | | | Sold (part) | 06/25/09 | M | A | |
| 802. US TREASURY I/L FRN 2.375% 01/15/2017 | | | | | Sold | 09/24/09 | M | B | |
| 803. VISA INC CL A | A | Dividend | L | T | BUY | 02/26/09 | K | | |
| 804. VISA INC CL A | | | | | BUY | 05/19/09 | J | | |
| 805. VISA INC CL A | | | | | BUY | 08/21/09 | K | | |
| 806. VULCAN MATERIALS CO | C | Dividend | L | T | Sold (part) | 09/16/09 | J | A | |
| 807. WA ST GO SER E 5.0% 02/01/2026 | B | Interest | M | T | BUY | 04/08/09 | M | | |
| 808. WALGREEN CO | A | Dividend | K | T | | | | | |
| 809. WAL-MART STORES INC | | None | | | BUY | 05/20/09 | K | | |
| 810. WAL-MART STORES INC | | | | | Sold | 06/03/09 | K | A | |
| 811. WELLS FARGO & CO | | None | | | Sold (part) | 01/23/09 | K | A | |
| 812. WELLS FARGO & CO | | | | | Sold (part) | 01/30/09 | L | A | |
| 813. WELLS FARGO & CO | | | | | Sold | 02/02/09 | J | A | |
| 814. WESTLANDS CA WTR DIST MBIA 5.25% 09-01-17 | D | Interest | M | T | | | | | |
| 815. WI ST CLEAN WTR REV SER 3 5.125% 06/01/2026 | D | Interest | M | T | | | | | |
| 816. WILIAMS COS INC | A | Dividend | | | Sold | 03/26/09 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 6/28/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. ▓▓▓Brokerage Asset Acct. | | | | | | | | | |
| 818. Advance Auto Parts | B | Dividend | M | T | | | | | |
| 819. Alameda Co CTFS 5.375% 12/1/16 | D | Interest | M | T | | | | | |
| 820. Banning CA Sch Dist. 4.75% 8/1/23 | B | Interest | K | T | | | | | |
| 821. Berkeley CA Sch Dist. 3.875% 8/01/18 | D | Interest | M | T | | | | | |
| 822. Burbank CA Pub Fling 5.250% 12/1/17 | D | Interest | M | T | | | | | |
| 823. CA ST Dept Wtr 5.00% 5/1/21 | B | Interest | L | T | | | | | |
| 824. CA ed FACS 4.250% 10/1/18 | B | Interest | L | T | | | | | |
| 825. CA St Pub Works 5.25% 6/1/20 | C | Interest | L | T | Buy | 03/17/09 | M | | |
| 826. CA ST Pub Works 4.600% 12/1/20 | C | Interest | L | T | | | | | |
| 827. CA ST Pub Works 4.200% 5/1/19 | C | Interest | L | T | | | | | |
| 828. CA ST Pub Works 5.000% 6/1/18 | D | Interest | M | T | | | | | |
| 829. Chula Vista CA Pub Fing 3.875% 9/1/17 | C | Interest | L | T | | | | | |
| 830. Coachella CA Sch Dist. 5.000% 8/1/19 | C | Interest | L | T | | | | | |
| 831. CSUCI Fing Auth 4.750% 9/1/14 | D | Interest | M | T | | | | | |
| 832. Dublin CA Sch Dist. 4.125% 8/1/21 | D | Interest | M | T | | | | | |
| 833. East Bay CA Util Dist. 5.000% 6/1/18 | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 6/28/2010 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834.  El Monte CA Sch Dist. 5.000% 6/1/22 | C | Interest | M | T | Buy | 06/23/09 | M | | |
| 835.  Escondido CA CTFS 4.250% 9/1/19 | D | Interest | M | T | | | | | |
| 836.  Fontana CA Pub Fing 4.000% 9/1/18 | D | Interest | M | T | | | | | |
| 837.  Lincoln CA Sch Dist. 4.500% 8/1/19 | D | Interest | M | T | | | | | |
| 838.  Los Angeles Co. MTA 4.750% 7/1/19 | C | Interest | | | Redeemed | 07/01/09 | M | A | |
| 839.  Los Angeles CA Sch Dist. 4.50% 7/1/22 | B | Interest | L | T | Buy | 12/23/09 | L | | |
| 840.  Madera Co CTFS 4.250% 8/1/22 | C | Interest | L | T | | | | | |
| 841.  Montclair CA Fing Auth 3.875% 10/1/16 | C | Interest | M | T | | | | | |
| 842.  Mountain View CA High School 4.125% 8/1/16 | D | Interest | M | T | | | | | |
| 843.  Napa Co CTFS 3.600% 2/1/17 | D | Interest | M | T | | | | | |
| 844.  Newport CA Sch Dist 5.000% 8/1/17 | D | Interest | M | T | | | | | |
| 845.  Palmdale CA Redev Agy 3.800% 9/1/16 | D | Interest | M | T | | | | | |
| 846.  Palm Desert CTFS 5.00% 4/01/22 | B | Interest | K | T | | | | | |
| 847.  Pasadena CA Elec Rev 5.000% 6/1/16 | D | Interest | M | T | | | | | |
| 848.  Port Oakland CA Rev Ref 5.00% 11/01/21 | B | Interest | L | T | Buy | 9/16/09 | L | | |
| 849.  Public Storage | C | Dividend | L | T | | | | | |
| 850.  Riverside Co CTFS 3.875% 11/1/14 | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 -More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 · More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W -Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 6/28/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each sset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 851. Sacramento CA Util Dist 5.000% 5/15/14 | D | Interest | M | T | | | | | |
| 852. Sacramento CA CTFS 5.000% 12/01/21 | B | Interest | K | T | | | | | |
| 853. Salinas CA CTFS 4.500% 9/1/20 | C | Interest | L | T | | | | | |
| 854. San Diego Co Wtr Auth 4.000% 5/1/20 | D | Interest | M | T | | | | | |
| 855. San Juan Capistrano Co Fing Auth 4.000% 12/1/17 | C | Interest | L | T | | | | | |
| 856. Santa Clara CA Sch Dist 5.000% 8/1/22 | B | Interest | K | T | Buy | 1/2/09 | L | | |
| 857. Santa Cruz Co CTFS 3.875% 8/1/16 | D | Interest | M | T | | | | | |
| 858. Santa Cruz Co CTFS 4.200% 8/1/19 | C | Interest | L | T | | | | | |
| 859. Santa Rosa CA Sch Dist 3.800% 8/1/17 | C | Interest | L | T | | | | | |
| 860. So Cal Logistics 4.125% 12/1/20 | C | Interest | L | T | | | | | |
| 861. So CA Pub Pwr Auth 5.150% 7/1/15 | D | Interest | M | T | | | | | |
| 862. So CA Pub Pwr Auth 5.150% 1/1/20 | D | Interest | M | T | | | | | |
| 863. So Gate CA fing Auth 5.250% 9/1/19 | B | Interest | K | T | | | | | |
| 864. The Pantry common stock | | None | K | T | | | | | |
| 865. Tracy CA Jt Powers 4.200% 9/2/17 | B | Interest | K | T | | | | | |
| 866. Turlock CA Pub Fing 4.300% 9/15/16 | B | Interest | K | T | | | | | |
| 867. Western Riverside WTR 4.250% 9/1/21 | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 6/28/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868. MS Bank Deposit | A | Interest | J | T | | | | | |
| 869. FS Equity Partners III | | | | | | | | | |
| 870. FS Management Co., L.P. (L.P. Interest) | | None | J | U | | | | | |
| 871. Freeman Spogli & co., Incorp. commont stock | | None | J | U | | | | | |
| 872. FS Equity Partners IV | | | | | | | | | |
| 873. Sur La Table | | None | M | U | | | | | |
| 874. Ross-Simmons | | None | M | U | | | | | |
| 875. FS Equity Partners V | | | | | | | | | |
| 876. Winebow Inc commont stock | | None | M | U | | | | | |
| 877. N.E.W. Companies common stock | | None | M | U | | | | | |
| 878. H.H. Gregg Inc common stock | | None | N | U | Buy | 07/29/09 | L | | |
| 879. Bright Now Inc commont stock | | None | N | U | | | | | |
| 880. Mattress Giant Corp common stock | | None | M | U | Buy | 07/23/09 | K | | |
| 881. Savers Inc common stock | | None | N | U | | | | | |
| 882. PETCO Animal Supply common stock | | None | N | U | | | | | |
| 883. El Poloo Loco Inc commont stock | | None | N | U | | | | | |
| 884. Riordan Venture Assoc. (L.P. Inc.) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 6/28/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885. RLH Silversado Dividend Pref. Stock debt | A | Interest | K | U | Buy | 10/26/09 | J | | |
| 886. Intri-Plex Tech. | A | Dividend | J | U | | | | | |
| 887. Cymetrix Corp commont stock | | None | J | U | | | | | |
| 888. Con-Cise Lens Co commont stock | | None | J | U | | | | | |
| 889. Saebro Inc common stock | | None | J | U | | | | | |
| 890. Maxit common stock | | None | K | U | | | | | |
| 891. Triple 7 Group common stock | | None | J | U | Buy | 04/22/09 | J | | |
| 892. TW Holdings common stock | | None | J | U | Buy | 09/15/09 | J | | |
| 893. Cyber Coders Holdings common stock | | None | J | U | | | | | |
| 894. Creative Circle | | None | J | U | Buy | 07/03/09 | J | | |
| 895. Apothecary Shops | | None | J | U | | | | | |
| 896. Secure Mission Solutions LLC | | None | K | U | Buy | 06/15/09 | K | | |
| 897. Bistro 45 common stock | A | Dividend | J | U | | | | | |
| 898. ▓ Retire Accts (401k-profit) | | | | | | | | | |
| 899. ▓ Pacific Growth Fund | A | Dividend | L | T | | | | | |
| 900. MSDW Liquit Asset Account Trust Fund | A | Dividend | J | T | | | | | |
| 901. Hewlett Packard common stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 6/28/2010 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 902. Procter & Gamble common stock | C | Dividend | M | T | | | | | |
| 903. Sun Microsoft common stock | | None | J | T | | | | | |
| 904. CVS Corp. common stock | A | Dividend | K | T | | | | | |
| 905. Altria Group common stock | B | Dividend | J | T | | | | | |
| 906. Cisco Sys common stock | | None | K | T | | | | | |
| 907. Kraft Foods Inc common stock | A | Dividend | J | T | | | | | |
| 908. Philip Morris | B | Dividend | K | T | | | | | |
| 909. ▓▓Dividend Growth Fund | B | Dividend | L | T | Buy | 12/23/09 | K | | |
| 910. American Funds New World Fund | C | Dividend | M | T | Buy | 12/09/09 | K | | |
| 911. R&M Encelle Partners (Partnership Interest) | | None | K | U | | | | | |
| 912. Trust #2 ▓▓ UTM-W) | | | | | | | | | |
| 913. American Fu ds Growth Fund of America | A | Dividend | J | T | | | | | |
| 914. General Elec common stock | A | Dividend | J | T | | | | | |
| 915. American Funds New World Fund | A | Dividend | J | T | | | | | |
| 916. Trust #3 ▓▓ UTM-K) | | | | | | | | | |
| 917. General Elec common stock | A | Dividend | J | T | | | | | |
| 918. American Fu ds New World Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,000 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 6/28/2010 |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 919. TRUST #4 (IR-W) | | | | | | | | | |
| 920. American Funds Capital Income Builder Inc CL R5 | B | Dividend | K | T | | | | | |
| 921. American Funds Capital World Growth & Income Fund R5 | A | Dividend | | | Buy | 07/16/09 | J | | |
| 922. American Funds Capital World Growth & Income Fund R5 | | | | | Sold (part) | 08/05/09 | J | A | |
| 923. American Funds Capital World Growth & Income Fund R5 | | | | | Sold | 11/06/09 | J | A | |
| 924. American Funds Cash Mgmt Trust of America CL R5 | A | Dividend | K | T | | | | | |
| 925. American Funds EuroPacific Growth Fund of America Inc CL R5 | A | Dividend | K | T | | | | | |
| 926. American Funds Fundamental Investors Inc CL R5 | A | Dividend | K | T | | | | | |
| 927. American Funds Growth Fund of America Inc CL R5 | A | Dividend | K | T | | | | | |
| 928. American Funds Investment Company of America CL R5 | A | Dividend | K | T | | | | | |
| 929. American Funds New Prospective Fund | A | Dividend | K | T | Buy | 07/17/09 | J | | |
| 930. American Funds New World Fund Inc CL R5 | A | Dividend | K | T | | | | | |
| 931. American Funds SmallCap World Fund Inc CL R5 | | None | J | T | | | | | |
| 932. American Funds Tax-Exempt Fund of California CLR5 | A | Dividend | K | T | | | | | |
| 933. TRUST #5 (IR-K) | | | | | | | | | |
| 934. American Funds Capital Income Builder Inc CL R5 | B | Dividend | K | T | | | | | |
| 935. American Funds Capital World Growth & Income Fund R5 | A | Dividend | | | Buy | 07/16/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 6/28/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from pr or disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 936. American Funds Capital World Growth & Income Fund R5 | | | | | Sold (part) | 08/05/09 | J | A | |
| 937. American Funds Capital World Growth & Income Fund R5 | | | | | Sold | 11/06/09 | J | A | |
| 938. American Funds Cash Mgmt Trust of America CL R5 | A | Dividend | K | T | | | | | |
| 939. American Funds EuroPacific Growth Fund of America Inc CL R5 | A | Dividend | K | T | | | | | |
| 940. American Funds Fundamental Investors Inc CL R5 | A | Dividend | K | T | | | | | |
| 941. American Funds Growth Fund of America Inc CL R5 | A | Dividend | K | T | | | | | |
| 942. American Funds Investment Company of America CL R5 | A | Dividend | K | T | | | | | |
| 943. American Funds New Prospective Fund | A | Dividend | K | T | Buy | 07/17/09 | J | | |
| 944. American Funds New World Fund Inc CL R5 | A | Dividend | K | T | | | | | |
| 945. American Funds SmallCap World Fund Inc CL R5 | | None | J | T | | | | | |
| 946. American Funds Tax-Exempt Fund of California CLR5 | A | Dividend | K | T | | | | | |
| 947. Trust #6 (98-W) | | | | | | | | | |
| 948. MSDW Dividend Growth | A | Dividend | K | T | | | | | |
| 949. American Funds New World Fund | B | Dividend | M | T | | | | | |
| 950. MSDW Active Money Trust | A | Dividend | L | T | | | | | |
| 951. Public Storage pref. stock | C | Dividend | K | T | | | | | |
| 952. Winebow Inc common stock | | None | J | U | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 6/28/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 953. N.E.W. Companies common stock | | None | J | U | | | | | |
| 954. HH Gregg Inc common stock | | None | J | U | Buy | 07/29/09 | J | | |
| 955. Bright Now Inc commont stock | | None | J | U | | | | | |
| 956. Mattress Giant Corp common stock | | None | J | U | Buy | 07/23/09 | J | | |
| 957. Savers Inc common stock | | None | J | U | | | | | |
| 958. PETCO Animal Supply common stock | | None | J | U | | | | | |
| 959. El Pollo Loco common stock | | None | J | U | | | | | |
| 960. American Funds Capital Income Builder Inc CL R5 | C | Dividend | M | T | | | | | |
| 961. American Funds Cash Mgmt Trust of America CL R5 | A | Dividend | K | T | | | | | |
| 962. American Funds EuroPacific Growth Fund CL R5 | B | Dividend | M | T | | | | | |
| 963. American Funds Fundamental Investors Inc CL R5 | C | Dividend | L | T | | | | | |
| 964. American Funds Growth Fund of America Inc CL R5 | B | Dividend | M | T | | | | | |
| 965. American Funds Investment Company of America CL R5 | B | Dividend | M | T | | | | | |
| 966. American Funds New World Fund Inc CL R5 | B | Dividend | M | T | | | | | |
| 967. American Funds SmallCap World Fund Inc | A | Dividend | J | T | | | | | |
| 968. American Funds Tax-Exempt Fund of California CLR5 | B | Dividend | K | T | | | | | |
| 969. American Funds Capital World Growth & Income | A | Dividend | K | T | Buy | 07/16/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 6/28/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 970. American Fund New Prospective Fund | A | Dividend | K | T | Buy | 07/16/09 | J | | |
| 971. Trust #7 (98-K) | | | | | | | | | |
| 972. MSDW Dividend Growth | A | Dividend | K | T | | | | | |
| 973. American Funds New World Fund | B | Dividend | M | T | | | | | |
| 974. MSDW Active Money Trust | A | Dividend | L | T | | | | | |
| 975. Public Storage pref. stock | C | Dividend | K | T | | | | | |
| 976. Winebow Inc common stock | | None | J | U | | | | | |
| 977. N.E.W. Companies common stock | | None | J | U | | | | | |
| 978. HH Gregg Inc common stock | | None | J | U | Buy | 07/29/09 | J | | |
| 979. Bright Now Inc commont stock | | None | J | U | | | | | |
| 980. Mattress Giant Corp common stock | | None | J | U | Buy | 07/23/09 | J | | |
| 981. Savers Inc common stock | | None | J | U | | | | | |
| 982. PETCO Animal Supply common stock | | None | J | U | | | | | |
| 983. El Pollo Loco common stock | | None | J | U | | | | | |
| 984. American Funds Capital Income Builder Inc CL R5 | C | Dividend | M | T | | | | | |
| 985. American Funds Cash Mgmt Trust of America CL R5 | A | Dividend | K | T | | | | | |
| 986. American Funds EuroPacific Growth Fund CL R5 | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E.=$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 6/28/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 987. American Funds Fundamental Investors Inc CL R5 | C | Dividend | L | T | | | | | |
| 988. American Funds Growth Fund of America Inc CL R5 | B | Dividend | M | T | | | | | |
| 989. American Funds Investment Company of America CL R5 | B | Dividend | M | T | | | | | |
| 990. American Funds New World Fund Inc CL R5 | B | Dividend | M | T | | | | | |
| 991. American Funds SmallCap World Fund Inc | A | Dividend | J | T | | | | | |
| 992. American Funds Tax-Exempt Fund of California CL R5 | B | Dividend | K | T | | | | | |
| 993. American Funds Capital World Growth & Income | A | Dividend | K | T | Buy | 07/16/09 | J | | |
| 994. American Fund New Prospective Fund | A | Dividend | K | T | Buy | 07/16/09 | J | | |
| 995. Real Estate Partnership - Hal | | None | M | U | Sold (part) | 07/21/09 | L | A | |
| 996. Real Estate Partnership - Hal | | | | | Sold (part) | 08/05/09 | L | A | |
| 997. Real Estate Partnership - Lau | | None | M | U | | | | | |
| 998. Real Estate Partnership - G.O. | | None | M | U | | | | | |
| 999. Real Estate Partnership - W.O. | | None | M | U | | | | | |
| 1000. Dorset Capital Partnership Invest | A | Interest | L | U | | | | | |
| 1001. Citibank Money Market Fund | C | Interest | M | T | | | | | |
| 1002. Citibank Checking | A | Interest | L | T | | | | | |
| 1003. Citibank Checking | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 6/28/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/ | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1004. Fargo Investment Partnership | | None | M | U | Buy | 11/30/09 | J | | |
| 1005. Fargo Investment Partnership | | | | | Sold (part) | 12/01/09 | J | D | |
| 1006. R&M Catalytic Solutions | | None | M | U | | | | | |
| 1007. Bulldog Partners I | A | Interest | J | U | | | | | |
| 1008. Bulldog Partners II | A | Interest | M | U | Buy | 02/18/09 | J | | |
| 1009. Bulldog Partners II | | | | | Buy | 11/15/09 | J | | |
| 1010. Regents Banshares | C | Interest | M | U | | | | | |
| 1011. Asta Fund | | None | | | Sold | 06/01/09 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |



## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Line 1, IRA covers line 2 through 252

Line 253, Trust 1 covers line 254

Line 255, ▓▓▓▓▓▓▓▓▓▓ ) covers line 256 through 314

Line 315, Capital Trust Account covers line 316 through 816

Line 817, ▓ Brokerage Asset Acct covers line 818 through 868

Line 869, FS Equity Partners III covers line 870 through 871

Line 872, FS Equity Partners IV covers line 873 through 874

Line 875, FS Equity Partners V covers line 876 through 883

Line 884, Riordan Venture Assoc. (L.P. Int.) covers line 885 through 896

Line 897, Bistro 45 common stock covers line 897

Line 898, ▓ Retire Accs 401k-profit covers line 899 through 910

Line 911, R&M Encelle Partners (Partnership Interest) covers line 911

Line 912, Trust #2 ▓ UTM-W) covers line 913 through 915

Line 916, Trust #3 ▓ UTM-K) covers line 917 through 918

Line 919, Trust #4 (IR-W) covers line 920 through 932

Line 933, Trust #5 (IR-K) covers line 934 through 946

Line 947, Trust #6 (98-W) covers line 948 through 970

Line 971, Trust #7 (98-K) covers line 972 through 994

Line 995, Real Estate Partnership - Hal. covers line 995 through 996

Line 997, Real Estate Partnership - Lau, covers line 997

Line 998, Real Estate Partnership - G.O., covers line 998

Line 999, Real Estate Partnership - W.O., covers line 999

Line 1000, Dorset Capital Partnership Invest covers line 1000

Line 1001, Citibank Money Market Fund covers line 1001

Line 1002, Citibank Checking covers line 1002

Line 1003, Citibank Checking covers line 1003

Line 1004, Fargo Investment Partnership covers line 1004 through 1005

Line 1006, R&M Catalytic Solutions, covers line 1006

Line 1007, Bulldog Partners I, covers line 1007

Line 1008, Bulldog Partners II, covers line 1008 through 1009

Line 1010, Regents Banshares, covers line 1010

Line 1011, Asta Fund covers line 1011

| Name of Person Reporting | Date of Report |
|---|---|
| WARDLAW, KIM M. | 6/28/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544